# EXHIBIT F

# Geoff Lee

| | |
|---|---|
| **From:** | Jeff Olsen <jeff@olsenws.com> |
| **Sent:** | Thursday, March 27, 2025 4:10 PM |
| **To:** | Roland De Monte; Tyler Tarney |
| **Subject:** | RE: Ashley Fragale and RISCPoint |

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

CONFIDENTIAL AND PRIVILEGED
CAL. EVID. CODE 1152 ET SEQ.

Hello Rollie and Tyler,

Thanks for your call and time this afternoon.

The offer from Ms. Fragale is Three Hundred Thousand Dollars ($300,000), in exchange for a full severance/settlement agreement (which will need to comply with certain provisions of California law).  The agreement would include her resignation, a full mutual general release and 1542 waiver, covering the company and its officers (among others in normal course), lawful confidentiality, among other standard provisions.  Of course, your office can take first draft if you wish.

As mentioned on our call, in light of our common defense backgrounds and trust with our clients, please convey that we consider this current one-time offer as the "reasonable number" that gets this done efficiently for both sides.  We fully believe that Ms. Fragale's damages are much, much higher that will be back on the table if we do not resolve this before litigation.  We do not expect a counter-offer.  This offer is tailored to provide Ms. Fragale *reasonable* wage loss time to pay for housing and live while she finds a new comparable job in this market, her treatment/therapy moving forward, and accounts for her attorneys' fee contingencies.  Per the agreement, both sides would be responsible for their own attorneys' fees, i.e., this is an all-in number.

This offer will expire in one-week's time, at 5:00pm PT on Thursday April 3, 2025.

Any questions, please let me know.  Thank you,

**Jeff T. Olsen**
Olsen Workplace Solutions, P.C.
18012 Cowan, Ste. 200
Irvine, CA 92614
Tel: (949) 232-0455
jeff@olsenws.com | olsenws.com

CONFIDENTIAL: This e-mail message is for the sole use of the intended recipient(s). The information contained in this message may be privileged, confidential, contain work product, and/or be protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message, deleting it from your computer and destroying all copies of the original message. Thank you. Olsen Workplace Solutions, P.C.

**From:** Roland De Monte <rdemonte@grsm.com>
**Sent:** Thursday, March 27, 2025 2:35 PM
**To:** Jeff Olsen <jeff@olsenws.com>
**Cc:** Tyler Tarney <ttarney@grsm.com>
**Subject:** Re: Ashley Fragale and RISCPoint

Jeff, you call 330-283-5537 if you can't get through

---

**From:** Jeff Olsen <jeff@olsenws.com>
**Sent:** Thursday, March 27, 2025 5:33:54 PM
**To:** Roland De Monte <rdemonte@grsm.com>
**Cc:** Tyler Tarney <ttarney@grsm.com>
**Subject:** RE: Ashley Fragale and RISCPoint

Trying to enter your Teams link.  It is not cooperating.  I'll give it a minute more, if not, what number should I call?

**Jeff T. Olsen**
Olsen Workplace Solutions, P.C.
18012 Cowan, Ste. 200
Irvine, CA 92614
Tel: (949) 232-0455
jeff@olsenws.com | olsenws.com

CONFIDENTIAL: This e-mail message is for the sole use of the intended recipient(s). The information contained in this message may be privileged, confidential, contain work product, and/or be protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message, deleting it from your computer and destroying all copies of the original message. Thank you. Olsen Workplace Solutions, P.C.

---

**From:** Roland De Monte <rdemonte@grsm.com>
**Sent:** Thursday, March 27, 2025 11:54 AM
**To:** Jeff Olsen <jeff@olsenws.com>
**Cc:** Tyler Tarney <ttarney@grsm.com>
**Subject:** Re: Ashley Fragale and RISCPoint

Thanks Jeff.  Let's go with 2:30 PST today.  We can send an invite.

---

**From:** Jeff Olsen <jeff@olsenws.com>
**Sent:** Thursday, March 27, 2025 2:40:44 PM
**To:** Roland De Monte <rdemonte@grsm.com>
**Cc:** Tyler Tarney <ttarney@grsm.com>
**Subject:** RE: Ashley Fragale and RISCPoint

Hello Rollie,

2:30pm PT today can work for me , or after 3pm PT tomorrow.  What time is best for you?

**Jeff T. Olsen**
Olsen Workplace Solutions, P.C.

18012 Cowan, Ste. 200
Irvine, CA 92614
Tel: (949) 232-0455

jeff@olsenws.com | olsenws.com

CONFIDENTIAL: This e-mail message is for the sole use of the intended recipient(s). The information contained in this message may be privileged, confidential, contain work product, and/or be protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message, deleting it from your computer and destroying all copies of the original message. Thank you. Olsen Workplace Solutions, P.C.

**From:** Roland De Monte <rdemonte@grsm.com>
**Sent:** Thursday, March 27, 2025 11:02 AM
**To:** Jeff Olsen <jeff@olsenws.com>
**Cc:** Tyler Tarney <ttarney@grsm.com>
**Subject:** Ashley Fragale and RISCPoint

Hi Jeff,

We represent RISCPoint relative to the demand letter you sent to them yesterday on behalf of Ms. Fragale. We'd like to set up a time with you to discuss your client's allegations. We are available today until 6:00 p.m. EST/3:00 p.m. PST, or any time tomorrow. If that doesn't work, please let us know if you have availability this coming Monday, 3/31.

Thanks, and we look forward to speaking with you.

Rollie

---

**ROLAND J. DE MONTE** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

127 Public Sq., Suite 5130
Cleveland, OH 44114
rdemonte@grsm.com
Mobile: 330-283-5537
www.grsm.com
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
http://www.grsm.com