1 L. GEOFFREY LEE (SBN: 234024)
glee@grsm.com
2 ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
3 GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
4 San Diego, CA 92101
Telephone: (619) 230-7418
5 Facsimile: (619) 696-7124

6 Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ASHLEY FRAGALE, an individual, | CASE NO. |
| Plaintiff, | **DECLARATION OF MATT DREWYOR IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** |
| vs. | |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX, and DOES 1 through 10, inclusive, | Complaint Filed: April 14, 2025 |
| Defendants. | (Complaint filed in Orange County Superior Court, Case No. 30-2025-01475046-CU-OE-NJC) |

### **DECLARATION OF MATT DREWYOR**

I, Matt Drewyor, do declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts below.

2. I am a resident of, and am domiciled in, the State of Michigan. I am currently the Chief Operating Officer of Defendant RISC Point Advisory Group, LLC, and have held that position since July 1, 2022. RISC Point Advisory Group, LLC currently employs Plaintiff Ashley Fragale and has since July 22, 2024.

///

///

-1-
DECLARATION OF MATT DREWYOR
Case No.

3. In connection with my regular duties as Chief Operating Officer of RISC Point Advisory Group, LLC, I am familiar with the organizational and ownership structure, general operations, and members of RISC Point Advisory Group, LLC, RISC Point Partners, LLC, RISC Point Holdings, Inc., Stellion Ventures, LLC, and RISC Point Assurance, LTD.

4. Ashley Fragale resides, and is domiciled, in the State of California.

5. RISC Point Advisory Group, LLC, is a limited liability company organized in the State of Delaware.

6. RISC Point Advisory Group, LLC has a single member, which is RISC Point Partners, LLC.

7. RISC Point Partners, LLC is a limited liability company organized in the State of Delaware.

8. RISC Point Partners, LLC has five members, who are as follows: 1) Matthew Allen Drewyor, LLC, a limited liability company organized in the State of Michigan; 2) Defendant RISC Point Holdings, Inc., which is incorporated, and has its principal place of business, in the State of Ohio; 3) Tony Bai, LLC, a limited liability company organized in the State of Virginia; 4) Ryan McCartney, LLC, a limited liability company organized in the State of Ohio; and 5) Stellion Ventures, LLC, a limited liability company organized in the State of Delaware.

9. Matthew Allen Drewyor, LLC has a single member: myself, Matthew Drewyor. I reside, and am domiciled, in the State of Michigan.

10. Tony Bai, LLC has a single member: Tony Bai. Mr. Bai resides, and is domiciled, in the State of Virginia.

11. Ryan McCartney, LLC has a single member: Ryan McCartney. Mr. McCartney resides, and is domiciled, in the State of Ohio.

12. Stellion Ventures, LLC has a single member: Dimitrina Atanasova. Ms. Dimitrina resides, and is domiciled, in the State of Florida.

///

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

13. Defendant RISC Point Assurance, LTD, is a dormant limited liability company, organized in the State of Ohio, and has a single member, Defendant Jacob Nix.

14. Mr. Nix is also the Chief Executive Officer of RISC Point Advisory Group, LLC, and resides, and is domiciled, in the State of Ohio.

15. Other than Plaintiff, none of the aforementioned entities or individuals are incorporated, have their principal place of business, reside, or are domiciled, in California.

16. The underlying Complaint in this matter was first served on April 22, 2025 by personal service on RISC Point Advisory Group LLC. According to the Superior Court filed stamp, the case was filed on April 14, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of May 2025, in Dundee, Michigan.

Signed by:
Matt Drewyor

-3-
DECLARATION OF MATT DREWYOR
Case No.