L. GEOFFREY LEE (SBN: 234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ASHLEY FRAGALE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF GEOFFREY LEE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)**<br><br>Complaint Filed: April 14, 2025<br><br>(Complaint filed in Orange County Superior Court, Case No. 30-2025-01475046-CU-OE-NJC) |

**<u>DECLARATION OF GEOFFREY LEE</u>**

I, Geoffrey Lee, do declare as follows:

1. I am an attorney licensed and admitted to practice in all the state and federal courts in California. I am attorney for the above-captioned defendants. I have personal knowledge of the facts below. I do not intend to waive the attorney-client privilege or attorney work product privilege by any statement made herein.

2. The underlying Complaint was apparently filed in the Superior Court, County of Orange, on April 14, 2025. I am informed that a copy of this filed Complaint was emailed by Plaintiff's counsel to my partner Tyler Tarney in Ohio on April 16, 2025. A true and correct copy of the Complaint we received is

1  attached hereto as **Exhibit A**. (The Summons and Complaint were served later on
2  April 22, 2025 on my clients Risc Point Advisory Group LLC and Jacob Nix).
3      3.     Attached hereto as **Exhibit B** is a true and correct copy of the
4  Summons served on the LLC and Mr. Nix. Attached hereto as **Exhibit C** is true
5  and correct copy of the Civil Case Coversheet Plaintiff's counsel emailed to my
6  firm. Attached hereto as **Exhibit D** is a true and correct copy of the Notice of
7  Hearing Case Management Conference Plaintiff's counsel emailed to my firm.
8  Attached hereto as **Exhibit E** is the ADR packet Plaintiff's counsel emailed to my
9  firm.
10     4.     The above pleadings are the only ones provided to date.
11     5.     Plaintiff reportedly made a complaint about perceived sexual
12 harassment in the course of her employment on or about March 20, 2025. The
13 Ohio offices of my firm have been attempting to resolve the underlying dispute
14 with Plaintiff. One of Plaintiff's attorneys sent a settlement demand to my partners
15 Tyler Tarney and Roland DeMonte on March 27, 2025. Mr. Tarney in turn
16 forwarded it to me. A true and correct copy of the settlement demand for $300,000
17 we received is attached hereto as **Exhibit F**.
18     I declare under penalty of perjury under the laws of the United States that
19 the foregoing is true and correct.
20     Executed this 30th day of April 2025, at San Diego, California.

                      /s/ *L. Geoffrey Lee*
                      L. Geoffrey Lee

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

-2-
DECLARATION OF GEOFFREY LEE
Case No.