```
L. GEOFFREY LEE (SBN: 234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA  92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY FRAGALE, an individual, | CASE NO. |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive, | Complaint Filed: April 14, 2025 (Complaint filed in Orange County Superior Court, Case No. 30-2025-01475046-CU-OE-NJC) |
| Defendants. | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 101 W. Broadway, Suite 2000, San Diego, CA 92101.  On **May 7, 2025** I served the within documents:

**1.    NOTICE OF REMOVAL**
**2.    CIVIL COVER SHEET**
**3.    CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**4.    DECLARATION OF GEOFFREY LEE**
**5.    DECLARATION OF MATT DREWYOR**
**6.    EXHIBIT A STATE COURT COMPLAINT**
**7.    EXHIBIT B STATE COURT SUMMONS**
**8.    EXHIBIT C STATE CIVIL COVER SHEET**
**9.    EXHIBIT D NOTICE OF HEARING**
**10.   EXHIBIT E ADR PACKET**
**11.   EXHIBIT F SETTLEMENT DEMAND**

__ **PERSONAL SERVICE:** By causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

__ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below.

**X** **ELECTRONIC TRANSMISSION:** By transmitting a pdf format version of the document(s) via electronic mail to the party(s) identified on the service list using the email address(es) indicated.

| Ruben D. Escalante<br>ACLIENT PC<br>ruben@aclientpc.com | Attorney for Plaintiff<br>ASHLEY FRAGALE |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 7, 2025** at San Diego, California.

*Alexandra Sudan*

Alexandra Sudan

**Gordon Rees Scully Mansukhani, LLP**
**633 West Fifth Street, 52nd Floor**
**Los Angeles, CA 90071**

-2-
CERTIFICATE OF SERVICE
Case No.