NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
L. Geoffrey Lee (SBN: 234024)
Anafrancesca Comunale (SBN: 323257)
GORDON REES SCULLY MANSUKHANI LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
(619) 230-7418

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ASHLEY FRAGALE

Plaintiff(s),

v.

RISC POINT ADVISORY GROUP LLC, et al.

Defendant(s)

CASE NUMBER:

2:25-cv-04111

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| RISC POINT HOLDINGS, INC. | This corporation has no parent company and there are no publicly-traded companies owning 10% stock. |
| RISC POINT ADVISORY GROUP, LLC | This LLC has no parent company and there are no publicly-traded companies owning 10% of its interests |
| RISC POINT ASSURANCE, LTD | This LLC has no parent company and there are no publicly-traded companies owning 10% of its interests. |
| JACOB NIX | Individual defendant. |

May 7, 2025
Date

Signature
L. Geoffrey Lee

Attorney of record for (or name of party appearing in pro per):

Defendants

CV-30 (05/13)                **NOTICE OF INTERESTED PARTIES**