L. GEOFFREY LEE (SBN: 234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ASHLEY FRAGALE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-4111<br><br>**CERTIFICATE OF SERVICE**<br><br>Federal Complaint Filed: May 7, 2025<br><br>Complaint Filed: April 14, 2025<br><br>(Complaint filed in Orange County Superior Court, Case No. 30-2025-01475046-CU-OE-NJC) |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 101 W. Broadway, Suite 2000, San Diego, CA 92101. On **May 9, 2025** I served the within documents:

**1.   NOTICE OF COMPLIANCE WITH EXHIBIT 1**

— **PERSONAL SERVICE:** By causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

— **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below.

**X** **ELECTRONIC TRANSMISSION:** By transmitting a pdf format version of the document(s) via electronic mail to the party(s) identified on the service list using the email address(es) indicated.

-1-
CERTIFICATE OF SERVICE
Case No. 2:25-cv-4111

| | |
|---|---|
| Ruben D. Escalante<br>ACLIENT PC<br>ruben@aclientpc.com | Attorney for Plaintiff<br>ASHLEY FRAGALE |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 9, 2025** at San Diego, California.

*Alexandra Sudan*
Alexandra Sudan