# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ASHLEY FRAGALE

                    PLAINTIFF(S),

v.

RISC POINT ADVISORY GROUP LLC, et al.

                    DEFENDANT(S).

CASE NUMBER:

2:25−cv−04111

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To:  All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Southern_  Division.

    This case has been reassigned to case number  _8:25−cv−00994 JWH (ADSx)_  and has been assigned to  _Judge John W. Holcomb_  for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to _Magistrate Judge Autumn D. Spaeth_  for:

    X  any discovery and/or post-judgment matters that may be referred.

      for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _8:25−cv−00994 JWH (ADSx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number  _2:25−cv−04111_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                            Clerk, U.S. District Court

                            By:  _/s/ Jeannine Tillman_
                                _jeannine_tillman@cacd.uscourts.gov_
                               Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*