1  Ruben D. Escalante (Cal. Bar No. 244596)
2  Robert A. Escalante (Cal. Bar No. 270629)
   ACLIENT PC
3  440 N Barranca Ave PMB 9496
   Covina, California 91723
4  Telephone: (310) 431-9687
5  Email: ruben@aclientpc.com

6  Attorneys for Plaintiff
7  ASHLEY FRAGALE

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12  ASHLEY FRAGALE,                    )   Case No.: 8:25-cv-00994 JWH (ADSx)
13                                     )
                          Plaintiffs,  )   **DEMAND FOR JURY TRIAL**
14                                     )
15          vs.                        )
                                       )
16  RISC POINT ADVISORY GROUP          )
    LLC; RISC POINT ASSURANCE, LTD;    )
17  RISC POINT HOLDINGS, INC.;         )
    JACOB NIX; and DOES 1 through 10,  )
18  inclusive,                         )
                                       )
19                                     )
                                       )
20                        Defendants.  )
                                       )
21                                     )
22                                     )
23                                     )
24                                     )
25                                     )
26  _____  )

27

28

---

**DEMAND FOR JURY TRIAL**

## **DEMAND FOR JURY TRIAL**

Plaintiff Ashley Fragale hereby demands trial by jury in this action.

Date: May 13, 2025                    Respectfully submitted,

ACLIENT PC

By: _____

RUBEN D. ESCALANTE
Attorney for Plaintiff
ASHLEY FRAGALE

-1-

**PROOF OF SERVICE**

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On May 13, 2025, I served copies of the within documents described as:

**DEMAND FOR JURY TRIAL**

on the interested parties in this action as follows:

**X**      All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case number.

I certify the foregoing is true and correct. Executed on May 13, 2025, at Bethesda, Maryland.

_____

Ruben Escalante

**DEMAND FOR JURY TRIAL**