1
2  Ruben D. Escalante (Cal. Bar No. 244596)
   Robert A. Escalante (Cal. Bar No. 270629)
3  ACLIENT PC
   440 N Barranca Ave PMB 9496
4  Covina, California 91723
5  Telephone: (310) 431-9687
   Email: ruben@aclientpc.com
6
7  Attorneys for Plaintiff
   ASHLEY FRAGALE
8
9
10                 UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| ASHLEY FRAGALE, | Case No.: 8:25-cv-00994 JWH (ADSx) |
| Plaintiffs, | **DISCLOSURE STATEMENT** |
| vs. | [Fed. R. Civ. P. 7.1(a)(2)] |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**DISCLOSURE STATEMENT**

# DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of Plaintiff Ashley Fragale in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure. Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party hereby submits the following name and citizenship attributed to that party: Ashley Fragale, California.

Date: May 13, 2025               Respectfully submitted,

                                              ACLIENT PC

By: _____
      RUBEN D. ESCALANTE
      Attorney for Plaintiff
      ASHLEY FRAGALE

-1-

**DISCLOSURE STATEMENT**

**PROOF OF SERVICE**

I am an active member of the State Bar of California.  I am not a party to the within action.  My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723.  On May 13, 2025, I served copies of the within documents described as:

**DISCLOSURE STATEMENT**

on the interested parties in this action as follows:

X     All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case number.

I certify the foregoing is true and correct.  Executed on May 13, 2025, at Dallas, Texas.

_____

Ruben Escalante

**DISCLOSURE STATEMENT**