| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
| Ruben Escalante (CBN 244596)<br>ACLIENT PC<br>440 N. Barranca Ave PMB 9496<br>Covina, CA 91723<br>Tel: (310) 431-9687<br>email: ruben@aclientpc.com | |
| ATTORNEY(S) FOR: Ashley Fragale | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE<br><br>Plaintiff(s),<br>v.<br>RISC POINT ADVISORY GROUP LLC, et al.<br><br>Defendant(s) | CASE NUMBER:<br>8:25-cv-00994 JWH (ADSx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      ASHLEY FRAGALE
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ASHLEY FRAGALE | Plaintiff |
| RISC POINT ADVISORY GROUP LLC | Corporate Defendant |
| RISC POINT ASSURANCE, LTD. | Corporate Defendant |
| RISC POINT HOLDINGS, INC. | Corporate Defendant |
| JACOB NIX | Individual Defendant |

| | |
|---|---|
| 5/13/2025 | *[signature]* |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Ashley Fragale

## PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On May 13, 2025, I served copies of the within documents described as:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the interested parties in this action as follows:

**X**     All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case number.

I certify the foregoing is true and correct. Executed on May 13, 2025, at Dallas, Texas.

_____

Ruben Escalante

**DISCLOSURE STATEMENT**