1

2  Ruben D. Escalante (Cal. Bar No. 244596)
   Robert A. Escalante (Cal. Bar No. 270629)
3  ACLIENT PC
   440 N Barranca Ave PMB 9496
4  Covina, California 91723
5  Telephone: (310) 431-9687
   Email: ruben@aclientpc.com
6

7  Attorneys for Plaintiff
   ASHLEY FRAGALE
8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12

13 | ASHLEY FRAGALE,                )  Case No.: 8:25-cv-00994 JWH (ADSx)
                                    )
14 |                                )  **PROOF OF SERVICE OF**
                      Plaintiffs,   )  **SUMMONS AND COMPLAINT ON**
15 |                                )  **DEFENDANTS RISC POINT**
           vs.                      )  **ADVISORY GROUP LLC; RISC**
16 |                                )  **POINT ASSURANCE, LTD; RISC**
   RISC POINT ADVISORY GROUP        )  **POINT HOLDINGS, INC.; AND**
17 | LLC; RISC POINT ASSURANCE,     )  **JACOB NIX**
   LTD; RISC POINT HOLDINGS, INC.;  )
18 | JACOB NIX; and DOES 1 through 10, )
19 | inclusive,                     )
                                    )
20 |                                )
                                    )
21 |                Defendants.     )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25                                  )
                                    )
26                                  )
                                    )
27                                  )

28

                         **PROOF OF SERVICE**

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Attached hereto are true and correct copies of documents entitled Proof of Service of Summons, which includes proof of service of the summons and complaint on Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; AND JACOB NIX, all of whom have since submitted Answers.

Date: May 22, 2025

Respectfully submitted,

ACLIENT PC

By: _____
RUBEN D. ESCALANTE
Attorney for Plaintiff
ASHLEY FRAGALE

**PROOF OF SERVICE**

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Ruben Escalante, Esq | SBN: 244596 <br> ACLIENT PC <br> 440 N. Barranca Ave  PMB 9496 Covina, CA 91723 <br> TELEPHONE NO.: (310) 431-9687 | FAX NO. | E-MAIL ADDRESS ruben@aclientpc.com <br> ATTORNEY FOR *(Name)*: Plaintiff: Ashley Fragale | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 1275 N. BERKELEY AVE.
CITY AND ZIP CODE: FULLERTON, CA 92838
BRANCH NAME: NORTH JUSTICE CENTER

| PLAINTIFF/PETITIONER: ASHLEY FRAGALE <br> DEFENDANT/RESPONDENT: RISC POINT ADVISORY GROUP LLC, et al. | CASE NUMBER: <br> 30-2025-01475046-CU-OE-NJC |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> Fragale |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: NOTICE OF HEARING CASE MANAGEMENT CONFERENCE
3. a. Party served *(specify name of party as shown on documents served)*:
   **RISC POINT ASSURANCE, LTD**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **JACOB NIX - AGENT FOR SERVICE OF PROCESS**
4. Address where the party was served: **2814 Detroit Ave**
   **Cleveland, OH 44113-2708**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 5/8/2025 at *(time)*: 1:24 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **Amanda Dale - Manager**
         Age: 30 | Weight: 120 | Hair: blonde | Sex: Female | Height: 5'6" | Eyes:  | Race: White

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☑ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:    from *(city)*:                                      or ☑ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA639045

| | |
|---|---|
| PETITIONER: ASHLEY FRAGALE<br>RESPONDENT: RISC POINT ADVISORY GROUP LLC, et al. | CASE NUMBER:<br>30-2025-01475046-CU-OE-NJC |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*                    (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☑ On behalf of **RISC POINT ASSURANCE, LTD**
     under the following Code of Civil Procedure section:
     - ☐ 416.10 (corporation)
     - ☐ 416.20 (defunct corporation)
     - ☐ 416.30 (joint stock company/association)
     - ☐ 416.40 (association or partnership)
     - ☐ 416.50 (public entity)
     - ☐ 415.95 (business organization, form unknown)
     - ☐ 416.60 (minor)
     - ☐ 416.70 (ward or conservatee)
     - ☐ 416.90 (authorized person)
     - ☐ 415.46 (occupant)
     - ☑ other: **LTD**

7. **Person who served papers**
   - a. Name: **DYLAN DWYER - Nationwide Legal, LLC REG: 12-234648**
   - b. Address: **1609 James M Wood Blvd.  Los Angeles, CA 90015**
   - c. Telephone number: **(213) 249-9999**
   - d. **The fee** for service was: **$ 406.70**
   - e. I am:
     - (1) ☑ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☐ registered California process server:
       - (i) ☐ owner    ☐ employee    ☐ independent contractor.
       - (ii) Registration No.:
       - (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/8/2025**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

| **DYLAN DWYER** | ▶ *(signed)* |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>Ruben Escalante, Esq, SBN: 244596<br>ACLIENT PC<br>440 N. Barranca Ave  PMB 9496<br>Covina, CA 91723<br>TELEPHONE No.: (310) 431-9687 | E-MAIL ADDRESS (Optional): ruben@aclientpc.com<br>FAX No. (Optional): | FOR COURT USE ONLY |
| Attorney for: Plaintiff Ashley Fragale | Ref No. or File No.:<br>Fragale | |

Insert name of Court, and Judicial District and Branch Court:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - NORTH JUSTICE CENTER

Petitioner: ASHLEY FRAGALE
Respondent: RISC POINT ADVISORY GROUP LLC, et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>30-2025-01475046-CU-OE-NJC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet; NOTICE OF HEARING CASE MANAGEMENT CONFERENCE

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:         May 8, 2025
   b. Place of Mailing:        Los Angeles, CA
   c. Addressed as follows:    RISC POINT ASSURANCE, LTD
                               ATTENTION: JACOB NIX - AGENT FOR SERVICE OF PROCESS
                               2814 Detroit Ave
                               Cleveland, OH 44113-2708

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 406.70**
   **Nationwide Legal, LLC REG: 12-234648**
   **1609 James M Wood Blvd.**
   **Los Angeles, CA 90015**
   **(213) 249-9999**
   **www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 8, 2025**.

Signature: _____
            Joshua Feria

**PROOF OF SERVICE BY MAIL**

Order#: LA639045/mailproof

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Ruben Escalante, Esq | SBN: 244596<br>ACLIENT PC<br>440 N. Barranca Ave  PMB 9496 Covina, CA 91723<br>TELEPHONE NO.: (310) 431-9687 | FAX NO. | E-MAIL ADDRESS ruben@aclientpc.com<br>ATTORNEY FOR *(Name)*: Plaintiff: Ashley Fragale | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 1275 N. BERKELEY AVE.
CITY AND ZIP CODE: FULLERTON, CA 92838
BRANCH NAME: NORTH JUSTICE CENTER

PLAINTIFF/PETITIONER: ASHLEY FRAGALE
DEFENDANT/RESPONDENT: RISC POINT ADVISTORY GROUP LLC, et al.

CASE NUMBER: 30-2025-01475046-CU-OE-NJC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Fragale

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: NOTICE OF HEARING CASE MANAGEMENT CONFERENCE
3. a. Party served *(specify name of party as shown on documents served)*:
   **RISC POINT HOLDINGS, INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **JACOB NIX - AUTHORIZED AGENT**

4. Address where the party was served: **2814 Detroit Ave.**
   **Cleveland, OH 44113**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:  (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 5/8/2025 at *(time)*: 1:24 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **Amanda Dale - Manager**
   Age: 30 | Weight: 120 | Hair: blonde | Sex: Female | Height: 5'6" | Eyes: | Race: White

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☑ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:  or ☑ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA639046

| PETITIONER: ASHLEY FRAGALE | CASE NUMBER: |
|---|---|
| RESPONDENT: RISC POINT ADVISTORY GROUP LLC, et al. | 30-2025-01475046-CU-OE-NJC |

Case 8:25-cv-00994-JWH-ADS   Document 15   Filed 05/22/25   Page 7 of 16   Page ID #:121

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*    (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of **RISC POINT HOLDINGS, INC.**
      under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name: **DYLAN DWYER - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd.  Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 539.20**
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
          (i) ☐ owner   ☐ employee   ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/8/2025**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____          ▶  *(signature)* Dylan Dwyer
**DYLAN DWYER**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                         (SIGNATURE)

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Ruben Escalante, Esq, SBN: 244596<br>ACLIENT PC<br>440 N. Barranca Ave  PMB 9496<br>Covina, CA 91723<br>TELEPHONE No.: (310) 431-9687 | E-MAIL ADDRESS (Optional): ruben@aclientpc.com<br>FAX No. (Optional): | |
| Attorney for: Plaintiff Ashley Fragale | Ref No. or File No.:  Fragale | |

Insert name of Court, and Judicial District and Branch Court:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - NORTH JUSTICE CENTER

Petitioner: ASHLEY FRAGALE
Respondent: RISC POINT ADVISTORY GROUP LLC, et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>30-2025-01475046-CU-OE-NJC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet; NOTICE OF HEARING CASE MANAGEMENT CONFERENCE

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:         May 8, 2025
   b. Place of Mailing:        Los Angeles, CA
   c. Addressed as follows:    RISC POINT HOLDINGS, INC.
                               ATTENTION: JACOB NIX - AUTHORIZED AGENT
                               2814 Detroit Ave.
                               Cleveland, OH 44113

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 539.20**
  **Nationwide Legal, LLC REG: 12-234648**
  **1609 James M Wood Blvd.**
  **Los Angeles, CA 90015**
  **(213) 249-9999**
  **www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 8, 2025**.

Signature: _____
Joshua Feria

**PROOF OF SERVICE BY MAIL**

Order#: LA639046/mailproof

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Ruben Escalante, Esq | SBN: 244596 <br> ACLIENT PC <br> 440 N. Barranca Ave  PMB 9496 Covina, CA 91723 <br> TELEPHONE NO.: (310) 431-9687 | FAX NO. | E-MAIL ADDRESS ruben@aclientpc.com <br> ATTORNEY FOR *(Name)*: Plaintiff: Ashley Fragale | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 1275 N. BERKELEY AVE.
CITY AND ZIP CODE: FULLERTON, CA 92838
BRANCH NAME: NORTH JUSTICE CENTER

PLAINTIFF/PETITIONER: ASHLEY FRAGALE
DEFENDANT/RESPONDENT: RISC POINT ADVISTORY GROUP LLC, et al.

CASE NUMBER: 30-2025-01475046-CU-OE-NJC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Fragale

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **NOTICE OF HEARING CASE MANAGEMENT CONFERENCE**
3. a. Party served *(specify name of party as shown on documents served)*:
      **JACOB NIX**
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **2814 Detroit Ave**
   **Cleveland, OH 44113-2708**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 5/8/2025 at *(time)*: 5:34 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      **Amanda Dale - Manager**
      **Age: 30 | Weight: 120 | Hair: blonde | Sex: Male | Height: 5'6" | Eyes:  | Race: White**

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☑ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:         or ☑ a declaration of mailing is attached.
   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA639047

| | |
|---|---|
| PETITIONER: ASHLEY FRAGALE<br>RESPONDENT: RISC POINT ADVISTORY GROUP LLC, et al. | CASE NUMBER:<br>30-2025-01475046-CU-OE-NJC |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                   (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                   ☐ 415.46 (occupant)
                                                      ☐ other:

7. **Person who served papers**
   a. Name: **DYLAN DWYER - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 300.70**
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner    ☐ employee    ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/8/2025**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____ ▶ *(signature)*
**DYLAN DWYER**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Ruben Escalante,Esq \| SBN:  244596<br>ACLIENT PC<br>440 N. Barranca Ave  PMB 9496 Covina, CA 91723<br>TELEPHONE NO.: (310) 431-9687 \| FAX NO.  \| E-MAIL ADDRESS ruben@aclientpc.com<br>ATTORNEY FOR *(Name)*: Plaintiff: Ashley Fragale | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 1275 N. BERKELEY AVE.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FULLERTON, CA 92838<br>BRANCH NAME: NORTH JUSTICE CENTER | |
| PLAINTIFF/PETITIONER:  ASHLEY FRAGALE<br>DEFENDANT/RESPONDENT:  RISC POINT ADVISTORY GROUP LLC, et al. | CASE NUMBER:<br>30-2025-01475046-CU-OE-NJC |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>Fragale |

I, Dylan Dwyer , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: JACOB NIX as follows:

Documents:
 Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet; NOTICE OF HEARING CASE MANAGEMENT CONFERENCE

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 4/22/2025 | 3:55 PM | Business | This address is just a mailing service for company they accepted the documents and said that they would get them.<br>2814 Detroit Ave,  Cleveland, OH 441132708 |
| 5/5/2025 | 2:43 PM | Business | This address is just a mailing service for the company who said they could accept but we need diligence.<br>2814 Detroit Ave,  Cleveland, OH 441132708 |
| 5/8/2025 | 5:34 PM | Other | Substituted service on: JACOB NIX; 2814 Detroit Ave, Cleveland, OH 44113-2708; by serving: Amanda Dale - Manager, White Male 30 120 blonde 5'6" . |

Fee for Service: **$ 300.70**
County:



Registration No.:
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  May 8, 2025.

Signature: _Dylan Dwyer_
Dylan Dwyer

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: LA639047

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Ruben Escalante, Esq, SBN: 244596<br>ACLIENT PC<br>440 N. Barranca Ave  PMB 9496<br>Covina, CA 91723<br>TELEPHONE No.: (310) 431-9687 | E-MAIL ADDRESS (Optional): ruben@aclientpc.com<br>FAX No. (Optional): | |
| Attorney for: Plaintiff Ashley Fragale | Ref No. or File No.: Fragale | |

Insert name of Court, and Judicial District and Branch Court:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - NORTH JUSTICE CENTER

Petitioner: ASHLEY FRAGALE
Respondent: RISC POINT ADVISTORY GROUP LLC, et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>30-2025-01475046-CU-OE-NJC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet; NOTICE OF HEARING CASE MANAGEMENT CONFERENCE

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:        May 8, 2025
   b. Place of Mailing:       Los Angeles, CA
   c. Addressed as follows:   JACOB NIX
                              2814 Detroit Ave
                              Cleveland, OH 44113-2708

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 300.70**
**Nationwide Legal, LLC REG: 12-234648**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 8, 2025**.

Signature: _____
Joshua Feria

**PROOF OF SERVICE BY MAIL**

Order#: LA639047/mailproof

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Ruben Escalante, Esq | SBN: 244596<br>ACLIENT PC<br>440 N. Barranca Ave  PMB 9496 Covina, CA 91723<br>TELEPHONE NO.: (310) 431-9687 | FAX NO. | E-MAIL ADDRESS ruben@aclientpc.com<br>ATTORNEY FOR *(Name)*: Plaintiff: ASHLEY FRAGALE | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 1275 N. BERKELEY AVE.
CITY AND ZIP CODE: FULLERTON, CA 92838
BRANCH NAME: NORTH JUSTICE CENTER

PLAINTIFF/PETITIONER: ASHLEY FRAGALE
DEFENDANT/RESPONDENT: RISC POINT ADVISORY GROUP LLC, et al.

CASE NUMBER: 30-2025-01475046-CU-OE-NJC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Fragale

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: NOTICE OF HEARING CASE MANAGEMENT CONFERENCE
3. a. Party served *(specify name of party as shown on documents served)*:
   **RISC POINT ADVISORY GROUP LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **JACOB NIX - AUTHORIZED AGENT**
4. Address where the party was served: **2814 Detroit Ave**
   **Cleveland, OH 44113-2708**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 4/22/2025 at *(time)*: 3:55 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **Amanda Dale - Community Manager**
   **Age: 25 | Weight: 160 | Hair: Dark Blonde | Sex: Female | Height: 5'6 | Eyes:  | Race: White**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:   from *(city)*:                                     or ☑ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA639044

| PETITIONER: ASHLEY FRAGALE | CASE NUMBER: |
|---|---|
| RESPONDENT: RISC POINT ADVISORY GROUP LLC, et al. | 30-2025-01475046-CU-OE-NJC |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                   (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of **RISC POINT ADVISORY GROUP LLC**
      under the following Code of Civil Procedure section:
      
      ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                   ☐ 415.46 (occupant)
                                                                       ☑ other: **LLC**

7. **Person who served papers**
   a. Name: **DYLAN DWYER - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 139.60**
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner    ☐ employee    ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/23/2025**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____    ▶    *(signature)*
**DYLAN DWYER**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>Ruben Escalante,Esq, SBN: 244596<br>ACLIENT PC<br>440 N. Barranca Ave  PMB 9496<br>Covina, CA 91723<br>TELEPHONE No.: (310) 431-9687 | E-MAIL ADDRESS (Optional): ruben@aclientpc.com<br>FAX No. (Optional): | FOR COURT USE ONLY |
| Attorney for: Plaintiff ASHLEY FRAGALE | Ref No. or File No.:<br>Fragale | |

Insert name of Court, and Judicial District and Branch Court:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - NORTH JUSTICE CENTER

Petitioner: ASHLEY FRAGALE
Respondent: RISC POINT ADVISORY GROUP LLC, et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>30-2025-01475046-CU-OE-NJC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet; NOTICE OF HEARING CASE MANAGEMENT CONFERENCE

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as  follows:

   a. Date of Mailing:        April 23, 2025
   b. Place of Mailing:       Los Angeles, CA
   c. Addressed as follows:   RISC POINT ADVISORY GROUP LLC
                              ATTENTION: JACOB NIX - AUTHORIZED AGENT
                              2814 Detroit Ave
                              Cleveland, OH 44113-2708

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of  business.

Fee for Service: **$ 139.60**
**Nationwide Legal, LLC REG: 12-234648**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **April 23, 2025**.

Signature: *LaTanya Mills*

LaTanya Mills

**PROOF OF SERVICE BY MAIL**

Order#: LA639044/mailproof

# PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On May 22, 2025, I served copies of the within documents described as:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; AND JACOB NIX**

on the interested parties in this action as follows:

X    All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case number.

I certify the foregoing is true and correct. Executed on May 22, 2025, at Loma Linda, California.

_____

Ruben Escalante

PROOF OF SERVICE