Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**PARTIES' FEDERAL RULE OF CIVIL PROCEDURE DISCOVERY PLAN**<br><br>[Fed. R. Civ. P. 26(f)(2) & (3)] |

---

**DISCOVERY PLAN**

Pursuant to the Federal Rules of Civil Procedure, Rule 26(f)(2) and (3), the Parties, through their counsel of record, conducted a Rule 26(f) conference on May 22, 2025, and hereby submit their discovery plan:

(A) The Parties do not propose any changes to the timing, form, or requirement for disclosures under Rule 26(a). Absent further agreement, the Parties will provide initial disclosures on April 19, 2024.

(B) The parties anticipate propounding Interrogatories, Requests for Production, and Requests for Admission, pursuant to the Federal Rules of Civil Procedure. The parties will seek discovery on matters pertaining to liability, causation, and damages. The parties do not request discovery to be conducted in phases or otherwise limited. The parties reserve the right to disclose experts, pursuant to the Federal Rules of Civil Procedure. Plaintiff anticipates taking the deposition of Defendants' executives who Plaintiff contends participated in or witnessed improper conduct, current and former employees of Defendants, and Defendants' investigators; Defendants anticipate taking the depositions of Plaintiff and any of her identified witnesses, including healthcare providers. Defendants reserve the right to conduct an Independent Mental Examination.

(C) The Parties anticipate conducting discovery seeking Electronically Stored Information; however, they do not anticipate any issues at this time.

(D) The Parties do not anticipate any issues about claims of privilege or of protection as to trial-preparation materials at this time except as may be resolved by a stipulated protective order.

(E) The Parties do not request any changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure or by local rule.

///
///
///

**DISCOVERY PLAN**

(F)    The Parties do not request any additional orders at this time; however, the Parties anticipate a stipulated protective order may be necessary to protect private or confidential information.

Date: June 5, 2025                                    Respectfully submitted,

                                                      ACLIENT PC

                                                      By: _____
                                                          RUBEN D. ESCALANTE
                                                          Attorney for Plaintiff
                                                          ASHLEY FRAGALE

Date: June 5, 2025                                    Respectfully submitted,

                                                      GORDON REES SCULLY
                                                      MANSUKHANI, LLP

                                                           //s// (via email authorization)
                                                      By: _____
                                                          L. GEOFFREY LEE
                                                          Attorney for Defendants
                                                          RISC POINT ADVISORY GROUP
                                                          LLC; RISC POINT ASSURANCE,
                                                          LTD; RISC POINT HOLDINGS, INC.;
                                                          JACOB NIX

# PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On June 5, 2025, I served copies of the within documents described as:

**PARTIES' FEDERAL RULE OF CIVIL PROCEDURE DISCOVERY PLAN**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on June 5, 2025.

_____
Ruben Escalante

**DISCOVERY PLAN**

**SERVICE LIST**

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants