Ruben D. Escalante (Cal. Bar No. 244596)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>Plaintiff(s)<br>v.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NUMBER:<br><br>8:25-cv-00994 JWH (ADSx)<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that ___Robert Coviello___ may serve as the Panel Mediator in the above-captioned case. ___Geoff Lee___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___October 22, 2025___ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: August 20, 2025         Ruben Escalante                    /s/ signature
                               Attorney For Plaintiff   Ashley Fragale

Dated: _____          _____
                               Attorney For Plaintiff

Dated: August 20, 2025         /s/ Geoff Lee (via email authorization)
                               Attorney For Defendant   JACOB NIX, et al.

Dated: _____          _____
                               Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)                STIPULATION REGARDING SELECTION OF PANEL MEDIATOR