Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE, <br><br> Plaintiffs, <br><br> vs. <br><br> RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx) <br><br> **NOTICE OF MOTION AND MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS** <br><br> Date: October 15, 2025 <br> Time: 10:00 a.m. <br> Place: Courtroom 6B <br><br> Discovery Cut-off Date: December 5, 2025 <br><br> Pre-Trial Conference Date: March 27, 2026 <br><br> Trial Date: April 13, 2026 |

**NOTICE OF MOTION AND MOTION**

TO THE HONORABLE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON October 15, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at Ronald Reagan Federal Building and United States Courthouse, Courtroom 6B, 411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516, Plaintiff Ashley Fragale will and hereby does move this Court for an order compelling RISC POINT ADVISORY GROUP, LLC to respond to Special Interrogatory No. 1, overruling its objections; RISC POINT ADVISORY GROUP, LLC to respond to and produce documents in response to Request for Production No. 13, overruling its objections; and JACOB NIX to respond to and produce documents in response to Request for Production No. 13, overruling his objections.

This motion is made on the grounds that said interrogatory and requests for production seek information and documents that are relevant to the subject matter of the action and do not relate to privileged matters, and the refusal to respond and comply is without justification.

This motion is based on this Notice of Motion and Motion, the Joint Stipulation Regarding Plaintiff's Motion to Compel Discovery filed concurrently herewith, any Supplemental Memoranda, all pleadings, papers, and records on file in this action, such oral and documentary evidence as may be presented at the hearing on this instant Motion, and such other and further matters of which the Court shall or may take judicial notice.

Date: September 15, 2025         Respectfully submitted,

ACLIENT PC

By: _____/s/_____
    RUBEN D. ESCALANTE
    Attorney for Plaintiff
    ASHLEY FRAGALE

-1-

**NOTICE OF DEPOSITION**

# PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On September 16, 2025, I served copies of the within documents described as:

**NOTICE OF MOTION AND MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on September 16, 2025.

_____
Ruben Escalante

**NOTICE OF DEPOSITION**

## SERVICE LIST

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

NOTICE OF DEPOSITION