# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley Fragale<br><br>Plaintiff(s)<br>v.<br><br>RISC Point Advisory Group, LLC, et al.<br><br>Defendant(s) | CASE NUMBER:<br>8:25-cv-00994-JWH-ADSx<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge _____ . Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required.
  ☐ In-Person Court Hearing
  ☐ Video Conference
  ☒ Telephonic

Magistrate Judge: Autumn D. Spaeth

Date/Time: October 2, 2025 at 10:00 AM

Courtroom: Telephonic (Call information will be provided by separate email).

Other:

Dated: 09/30/2025          By: K. Hopkins
                               Deputy Clerk