1 | Ruben D. Escalante (Cal. Bar No. 244596)
2 | Robert A. Escalante (Cal. Bar No. 270629)
  | ACLIENT PC
3 | 440 N Barranca Ave PMB 9496
  | Covina, California 91723
4 | Telephone: (310) 431-9687
5 | Email: ruben@aclientpc.com

6 | Attorneys for Plaintiff
7 | ASHLEY FRAGALE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ASHLEY FRAGALE, | ) Case No.: 8:25-cv-00994 JWH (ADSx) |
|---|---|
| Plaintiffs, | ) **NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE AND PRODUCTION OF DOCUMENTS** |
| vs. | ) |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive, | ) Date: October 22, 2025<br>) Time: 10:00 a.m.<br>) Place: Courtroom 6B |
| Defendants. | ) Discovery Cut-off Date: December 5, 2025 |
| | ) Pre-Trial Conference Date: March 27, 2026 |
| | ) Trial Date: April 13, 2026 |

**NOTICE OF MOTION AND MOTION**

TO THE HONORABLE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON October 22, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at Ronald Reagan Federal Building and United States Courthouse, Courtroom 6B, 411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516, Plaintiff Ashley Fragale will and hereby does move this Court for an order compelling RISC POINT ADVISORY GROUP, LLC and JACOB NIX to complete their document production, consistent with their agreements to comply, including their ESI document production, in a timely manner and by a date certain (i.e., within fourteen (14) calendar days of the Court's order). Plaintiff seeks sanctions against Defendants in connection with this motion; Plaintiff does not seek sanctions against Defendants' counsel. Defendants seek prevailing party attorneys' fees in connection with this motion; Defendants also seek sanctions against Plaintiff's counsel in connection with this motion.

This motion is made on the grounds that said requests for production seek documents that are relevant to the subject matter of the action and do not relate to privileged matters, and the refusal to comply is without justification.

This motion is based on this Notice of Motion and Motion, the Joint Stipulation Regarding Plaintiff's Motion to Compel filed concurrently herewith, any Supplemental Memoranda, all pleadings, papers, and records on file in this action, such oral and documentary evidence as may be presented at the hearing on this instant Motion, and such other and further matters of which the Court shall or may take judicial notice.

Date: September 30, 2025            Respectfully submitted,

                                    ACLIENT PC

                                    By: _____/s/_____
                                        RUBEN D. ESCALANTE
                                        Attorney for Plaintiff
                                        ASHLEY FRAGALE

# PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On September 30, 2025, I served copies of the within documents described as:

**NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE AND PRODUCTION OF DOCUMENTS**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on September 30, 2025.

_____
Ruben Escalante

**SERVICE LIST**

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

**NOTICE OF MOTION AND MOTION**