1  Ruben D. Escalante (Cal. Bar No. 244596)
2  Robert A. Escalante (Cal. Bar No. 270629)
   ACLIENT PC
3  440 N Barranca Ave PMB 9496
   Covina, California 91723
4  Telephone: (310) 431-9687
5  Email: ruben@aclientpc.com

6  Attorneys for Plaintiff
7  ASHLEY FRAGALE

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12 ASHLEY FRAGALE,                    )    Case No.: 8:25-cv-00994 JWH (ADSx)
13                                     )
                        Plaintiffs,    )    **STIPULATED ORDER RE:**
14                                     )    **DISCOVERY OF ELECTRONICALLY**
                                       )    **STORED INFORMATION**
15      vs.                            )
                                       )
16 RISC POINT ADVISORY GROUP          )
   LLC; RISC POINT ASSURANCE,          )
17 LTD; RISC POINT HOLDINGS, INC.;     )
18 JACOB NIX; and DOES 1 through 10,   )
   inclusive,                          )
19                                     )
                                       )
20             Defendants.             )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23                                     )
                                       )
24                                     )
                                       )
25                                     )
                                       )
26 _____)

27

28

---

                         **STIPULATED ORDER**

## I.     PURPOSE

This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Local Rules, this Court's Standing Order on Discovery Disputes, and any other applicable orders and rules.  Nothing in this order is intended to alter or affect any party's rights or obligations under any order by the assigned District Judge, but shall be construed instead, wherever possible, as consistent with any order by the assigned District Judge.

## II.     COOPERATION

The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Standing Order on Discovery Disputes, the Federal Rules of Civil Procedure, and the Local Rules of this Court.  The parties acknowledge that they have reviewed and shall reference the Court's Checklist for Conference of Counsel Regarding ESI during any Rule 26 conference and when seeking to resolve discovery disputes about ESI during meet-and-confer conferences.

## III.     ESI PERSON(S) MOST KNOWLEDGEABLE

The parties have identified ESI Person(s) Most Knowledgeable ("ESI PMK") to each other who are and will be knowledgeable about and responsible for discussing their respective ESI. Each ESI PMK will be, or have access to those who are, knowledgeable about the technical aspects of e-discovery, including the location, nature, accessibility, format, collection, search methodologies, and production of ESI in this matter. The parties will rely on the ESI PMK, as needed, to confer about ESI and to help resolve disputes without court intervention.

## IV.     PRESERVATION

The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI will be reasonable and

-1-

**STIPULATED ORDER**

proportionate. To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the parties agree that:

A.    Only ESI created or received between January 1, 2024, and ongoing will be preserved;

B.    The parties have exchanged a list of the types of ESI they believe should be preserved and the custodians, or general job titles or descriptions of custodians, for whom they believe ESI should be preserved, e.g., "HR head," "scientist," and "marketing manager." The parties shall add or remove custodians as reasonably necessary;

C.    The parties will agree on the number of custodians per party for whom ESI will be preserved;

**V.    SEARCH**

The parties agree that in responding to an initial Fed. R. Civ. P. 34 request, or earlier if appropriate, they will meet and confer about methods to search ESI to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery.

**VI.    PRODUCTION FORMATS**

The parties agree to produce documents in x PDF, x TIFF, x native and/or  x paper, or a combination thereof, as appropriate. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the document production process.

**VIII.  DOCUMENTS PROTECTED FROM DISCOVERY**

A.    Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. Nothing contained herein, however, is intended to limit a

-2-

**STIPULATED ORDER**

party's right to conduct a review of ESI for relevance, responsiveness and/or privilege or other protection from discovery.

      B.     Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log. Communications may be identified on a privilege log by category, rather than individually, if appropriate.

## IX.  MODIFICATION

      This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

      **IT IS SO STIPULATED**, through Counsel of Record.

Date: August 21, 2025            Respectfully submitted,

                             ACLIENT PC

By: _____
          RUBE ˩ . ˥˥˥ALANTE
          Attorney for Plaintiff
          ASHLEY FRAGALE

Date: August 21, 2025            Respectfully submitted,

                             GORDON REES SCULLY
                             MANSUKHANI, LLP

By: __/s/ (via email authorization)__
          L. GEOFFREY LEE
          Attorney for Defendants
          RISC POINT ADVISORY GROUP
          LLC; RISC POINT ASSURANCE,
          LTD; RISC POINT HOLDINGS, INC.;
          JACOB NIX

-3-

**STIPULATED ORDER**

1

**IT IS ORDERED** that the forgoing Agreement is approved.

2

3      Dated: 10/2/2025                   /s/ Autumn D. Spath

4                                    HONORABLE AUTUMN D. SPAETH

5                                    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED ORDER**

**PROOF OF SERVICE**

I am an active member of the State Bar of California.  I am not a party to the within action.  My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723.   On August 21, 2025, I served copies of the within documents described as:

**[MODEL] STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

on the interested parties in this action as follows:

**See attached Service List**

[x]    BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct.  Executed on August 21, 2025.

_____
Ruben Escalante

**[MODEL] STIPULATED ORDER**

1

## SERVICE LIST

2

GEOFFREY LEE (SBN:234024)

3
glee@grsm.com

ANAFRANCESCA COMUNALE (SBN: 323257)

4
acomunale@grsm.com

5
GORDON REES SCULLY MANSUKHANI, LLP

101 West Broadway, Suite 2000

6
San Diego, CA 92101

7
Telephone: (619) 230-7418

Facsimile: (619) 696-7124

8

9
Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED ORDER**