UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: 8:25-00994 JWH (ADSx)                     Date: October 2, 2025

Title: *Ashley Fragale v. RISC Point Advisory Group LLC, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 28)**

On its own motion, the Court continues the October 15, 2025 hearing on Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents to October 22, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Initials of Clerk kh