1  L. GEOFFREY LEE (SBN: 234024)
   glee@grsm.com
2  ANAFRANCESCA COMUNALE (SBN: 323257)
   acomunale@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   101 West Broadway, Suite 2000
4  San Diego, CA  92101
   Telephone: (619) 230-7418
5  Facsimile: (619) 696-7124

6  Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY FRAGALE, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:25-cv-00994 JWH (ADSx)<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFF'S FILING DOC. 34-1**<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]**<br><br>Date:　　　October 22, 2025<br>Time:　　　10:00 a.m.<br>Location:　Courtroom 9D<br><br>Discovery Cut-off Date: December 5, 2025<br>PreTrial Conference Date: March 27, 2026<br><br>**Trial Date: April 13, 2026** |

TO THE HONORABLE COURT, PLAINTIFF, AND HER COUNSEL OF RECORD:

　　Defendants object to Plaintiff's October 1, 2025 filing of Document 34-1 in the form of the Declaration of Jeff Olsen.  Local Rule 37-2.3 allows for a

1  supplemental "memorandum *of law*" to be filed.  L.R. 37-2.3 (emphasis added).
2  This authorized "memorandum" is equivalent to an authorized supplemental
3  "memorandum of points and authorities."  *Id*.  Local Rule 37-2.3 does not
4  authorize, however, the filing of a declaration or new evidence in support of a
5  pending motion.  As such, Defendants request that Document 34-1 be disregarded
6  or stricken.

Dated: October 3, 2025            GORDON REES SCULLY MANSUKHANI, LLP

                                  By: /s/ L. Geoffrey Lee

                                  L. Geoffrey Lee
                                  Anafrancesca Comunale
                                  Attorneys for Defendants