1  L. GEOFFREY LEE (SBN: 234024)
   glee@grsm.com
2  ANAFRANCESCA COMUNALE (SBN: 323257)
   acomunale@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   101 West Broadway, Suite 2000
4  San Diego, CA 92101
   Telephone: (619) 230-7418
5  Facsimile: (619) 696-7124

6  Attorneys for Defendants

7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ASHLEY FRAGALE, an individual, | CASE NO. 8:25-cv-00994 JWH (ADSx) |
| Plaintiff, | |
| vs. | **DEFENDANTS' OBJECTION TO PLAINTIFF'S FILING DOC. 44** |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive, | **[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]** |
| Defendants. | Date:      October 22, 2025<br>Time:      10:00 a.m.<br>Location:  Courtroom 9D |
| | Discovery Cut-off Date: December 5, 2025 |
| | PreTrial Conference Date: March 27, 2026 |
| | **Trial Date: April 13, 2026** |

TO THE HONORABLE COURT, PLAINTIFF, AND HER COUNSEL OF RECORD:

Defendants object to Plaintiff's October 8, 2025 filing of the Declaration of Ruben Escalante attached to Document 44 as follows:

1. Local Rule 37-2.3 allows for a supplemental "memorandum *of law*" to be filed. L.R. 37-2.3 (emphasis added). This authorized "memorandum" is equivalent to an authorized supplemental "memorandum of points and authorities." *Id.* Local Rule 37-2.3 does not authorize, however, the filing of a declaration or new evidence in support of a pending motion. As such, Defendants request that Document 44's Declaration of Ruben Escalante be disregarded or stricken in its entirety.

2. Local Rule 37-2.3 restricts the supplemental memorandum to five (5) pages in length. The Declaration of Ruben Escalante attempts to end run around this restriction and attaches over 100 pages.

3. Defendants object to Plaintiff's duplicative use of Exhibits A through F now making the record confusing.

4. Defendants vigorously object to the attempted use of partial deposition transcript pages of the incomplete deposition of Ryan McCartney attached to Ruben Escalante's Declaration as Exhibit F. Mr. McCartney's deposition was not completed. **More importantly, Defendants' counsel never had an opportunity to cross-examine the deponent or ask any questions** because the deposition was suspended after a few hours. As such, this prior testimony is inadmissible hearsay. FRE 801; 804(b)(1); *United States v. Salerno*, 505 U.S. 317, 329 (1992); *United States v. Lindsay*, 931 F.3d 852, 866–67 (9th Cir. 2019).

Dated: October 9, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: *L. Geoffrey Lee*

L. Geoffrey Lee
Anafrancesca Comunale
Attorneys for Defendants