Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:　December 5, 2025<br>Time: 9:00 a.m.<br>Place:　Courtroom 9D<br><br>Complaint filed:　April 14, 2025<br>Date of Removal:　May 7, 2025 |

---

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 5, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable John Holcomb, United States District Judge, at the Ronald Reagan Federal Building and U.S. Courthouse, Courtroom 9D, 411 West 4th Street, Stana Ana, CA, 92701, Plaintiff Ashley Fragale will, and hereby does, move the Court for an order granting leave to file a First Amended Complaint.

Plaintiff moves pursuant to Federal Rule of Civil Procedure 15, on the grounds that good cause exists to allow the motion to amend, the proposed First Amended Complaint is in furtherance of justice, and Defendants would suffer no substantial prejudice if this motion is granted.

Plaintiff bases her motion on this notice, the attached Memorandum of Points and Authorities, the Declaration of Ruben Escalante, and any other evidence, oral or documentary, which may be permitted by the Court at the time of hearing.

Plaintiff's counsel conferred with Defendants' counsel and requested that they stipulate to the amendment of the complaint. Defendants' counsel indicated that Defendants will not stipulate to the filing of this First Amended Complaint. This motion is made following the telephonic conference of counsel pursuant to L.R. 7-3 which took place on October 17, 2025.

Date: October 29, 2025

Respectfully submitted,

ACLIENT PC

By: _____
RUBEN D. ESCALANTE
Attorney for Plaintiff
ASHLEY FRAGALE

# PROOF OF SERVICE

I am an active member of the State Bar of California.  I am not a party to the within action.  My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723.  On October 29, 2025, I served copies of the within documents described as:

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

on the interested parties in this action as follows:

**See attached Service List**

[x]    BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct.  Executed on October 29, 2025.

_____
Ruben Escalante

**SERVICE LIST**

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

NEDA DAL CIELO
Neda.DalCielo@jacksonlewis.com
JACKSON LEWIS P.C.
160 W Santa Clara St., Suite 400
San Jose, CA 95113
Telephone: (408) 579-0404

Attorneys for Defendants
(Request for Approval of Substitution Pending)

NOTICE OF MOTION