Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>    Plaintiffs,<br><br>vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date: December 5, 2025<br>Time: 9:00 a.m.<br>Place: Courtroom 9D<br><br>Complaint filed:   April 14, 2025<br>Date of Removal:  May 7, 2025 |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 5, 2025, Plaintiff Ashley Fragale moved the Court for an order granting leave to file a First Amended Complaint. Upon consideration of the Motion and the arguments and papers presented in support and in opposition thereto, the Court hereby ORDERS that the Motion is Granted in its entirety.

IT IS SO ORDERED.

Dated: _____        _____

The Honorable John W. Holcomb
United States District Judge

# PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On October 29, 2025, I served copies of the within documents described as:

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on October 29, 2025.

_____
Ruben Escalante

**SERVICE LIST**

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX


NEDA DAL CIELO
Neda.DalCielo@jacksonlewis.com
JACKSON LEWIS P.C.
160 W Santa Clara St., Suite 400
San Jose, CA 95113
Telephone: (408) 579-0404

Attorneys for Defendants
(Request for Approval of Substitution Pending)