# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ASHLEY FRAGALE | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:25-cv-00994 JWH (ASDx) |
| v. | |
| RISC POINT ADVISORY GROUP LLC, et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

Risc Point Advisory Group LLC   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute Nada Dal Cielo of Jackson Lewis P.C. who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

160 W Santa Clara St., Suite 400
*Street Address*

San Jose, CA 95113                                  Nada.DalCielo@jacksonlewis.com
*City, State, Zip*                                         *E-Mail Address*

(408) 579 0404              (408) 454-0290              161982
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of  Loren Geoffrey Lee and Anafrancesca Comunale
List **all** attorneys from same firm or agency who are withdrawing.

is hereby ☒ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of _____
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____
is hereby ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  October 29, 2025

*U. S. District Judge, John W. Holcomb*

G–01 ORDER (02/24)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY