L. GEOFFREY LEE (SBN: 234024)
glee@grsm.com
ANAFRANCESCA Y. COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendant Jacob Nix

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ASHLEY FRAGALE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 8:25-cv-00994 JWH (ADSx)<br><br>**DEFENDANT JACOB NIX'S MOTION TO COMPEL MENTAL EXAMINATION OF PLAINTIFF**<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]**<br><br>**JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO COMPEL EXAMINATION OF PLAINTIFF**<br><br>Date:　　　December 3, 2025<br>Time:　　　10:00AM<br>Location:　　Courtroom 6B |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

　　Please take notice that on December 3, 2025 at 10:00 a.m. or as soon as the matter can be heard in Courtroom 6B of the above-captioned court located at 411 West 4th Street, Santa Ana, CA 92701, Defendant Jacob Nix will and hereby does bring on for hearing his Motion to Compel the Mental Examination of Plaintiff.

Defendant will also seek an order extending the discovery cut off allowing the examination to take place and to have its examining psychiatrist reasonably ready to give his deposition based on the aforementioned examination.

This motion is made pursuant to Federal Rule of Civil Procedure 35 on the grounds that Plaintiff's mental state and emotional distress are in controversy and Plaintiff will neither stipulate to the examination as requested nor stipulate to limiting herself to "garden variety" emotional distress damages with no expert testimony on the subject.

This motion is based on this notice of motion, the accompanying Joint Stipulation and the exhibits thereto, all pleadings, documents and records on file herein, and such other and further evidence or documents as may be permitted at or before any hearing hereon.

This motion follows Defendant's attempts to meet and confer on October 25, 2025 and October 27, 2025. Defendant is informed that further meet-and-confer conversations took place on November 3, 2025 between Plaintiff's counsel and new counsel of record for Defendant Risc Point Advisory Group LLC.

Dated: November 5, 2025        GORDON REES SCULLY MANSUKHANI, LLP

By: _____
   L. GEOFFREY LEE
   Attorney for Defendant JACOB NIX

-2-
DEFENDANT JACOB NIX'S NOTICE OF MOTION TO COMPEL MENTAL EXAMINATION