UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  8:25-00994 JWH (ADSx)                                      Date:  November 7, 2025

Title:  *Ashley Fragale v. RISC Point Advisory Group LLC, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER REGARDING DEFENDANT NIX'S MOTION TO COMPEL MENTAL EXAMINATION OF PLAINTIFF (DKT. NO. 51)**

　　Before the Court is Defendant Jacob Nix's Motion to Compel Mental Examination of Plaintiff Ashley Fragale (the "Motion"). (Dkt. No. 51.) The Motion is accompanied by a Local Rule 37 Joint Stipulation. (Dkt. No. 51-1.) Defendant Nix seeks an order compelling Plaintiff to submit to a mental examination under Federal Rule of Civil Procedure 35. (Id. at 4.) Plaintiff represents she "will submit to a proper mental examination, as authorized by Federal Rule of Civil Procedure 35, or as agreed upon by the parties." (Id. at 5.) Plaintiff asserts Defendant Nix failed to properly meet and confer in violation of Local Rule 37. (Id.)

　　Defendant Nix noticed the Motion for a closed hearing date. Defendant Nix is reminded to review the Court's procedures page for closed hearing dates. On its own motion, the Court advances the hearing on the Motion to November 26, 2025 at 10:00 a.m., if necessary. The Court orders the parties to conduct a meet-and-confer to resolve or limit the issues raised in the Motion. The Court orders the parties to file a joint status report no later than November 19, 2025.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Clerk kh

---