**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ASHLEY FRAGALE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 8:25-cv-00994 JWH (ADSx)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

# [PROPOSED] ORDER

Presently before the Court is Defendant Jacob Nix's application to file under seal certain documents submitted in support of the Motion to Compel Plaintiff's Mental Exam. Finding compelling reasons to seal the documents presented, the Court GRANTS Defendant's application and directs the following documents be filed under seal:

- Pages 4 and 7 of the Joint Stipulation on Defendant's Motion to Compel Plaintiff's Mental Exam.

IT IS SO ORDERED.

Dated: _____   _____
                                              Hon. Autumn Spaeth
                                         United States Magistrate Judge