TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Counsel for Plaintiff Ashley Fragale ("Plaintiff") and Defendant JACOB NIX jointly provide the following response, including attaching as **Exhibit A**, a copy of the Scheduling Order, as required by CD CA Rule 37-2.1.

## I. Introduction

A. Defendant's Introduction

1. Plaintiff Ashley Fragale is a former human resources generalist suing her former employer for sexual harassment. She alleges having suffered "humiliation, embarrassment, mental and emotional distress." Complaint ¶33. Plaintiff further testified in deposition that she continues to suffer on-going emotional distress resulting from her employer to this day.

2. Plaintiff alleges having incurred resulting "medical expenses." Complaint ¶34. In discovery, Plaintiff admitted that ▮▮▮▮▮▮▮▮▮▮ for Defendant Risc Point Advisory Group LLC. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. For this reason, she alleges "aggravation" by her employer of her pre-existing emotional distress. Complaint ¶63. While Plaintiff was still employed, she demanded $300,000 in settlement of her claims. Dkt. #1 (Notice of Removal ¶17).

3. Plaintiff also proposes to file a First Amended Complaint with new causes of action for Wrongful Termination and violation of Intimate Image in Violation of the Violence Against Women Act, 15 U.S.C. § 6851. The latter allows for the recovery of emotional distress damages or liquidated damages of $150,000. Id. subd. (b)(3)(A)(k).

4. Defendants' sought Plaintiff's stipulation for a defense mental examination But Plaintiff's refused.

5. Because Plaintiff's emotional state is clearly in controversy, Plaintiff should be ordered to submit to a mental examination under Federal Rule of Procedure 35.

///

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1 depression and associated mental health injuries); *Ayat v. Societe Air France*, 2007
2 WL 1120358, at *4-5 (N.D. Cal. 2007) (granting motion to compel Rule 35
3 examination where plaintiff alleged injuries related to depression and post-traumatic
4 stress disorder, finding that both constituted a specific mental or psychiatric injury
5 or disorder).

6     A mental exam is warranted where the plaintiff identifies specific injuries
7 caused by the defendant's conduct, such as when the plaintiff claims she suffers
8 from depression. *Thiessen v. Gen. Elec. Corp.*, 178 F.R.D. 568, 570 (D. Kan. 1998);
9 *see also Greenhorn v. Marriott Int'l, Inc.*, 216 F.R.D. 649, 651 (D. Kan. 2003)
10 (finding plaintiff's mental condition "in controversy" when plaintiff alleged specific
11 injuries such as insomnia, severe depression, avoidance, withdrawal, suicidal
12 ideation, suspiciousness, social discomfort, low self-esteem, and resentfulness).

13     The Rule 35 requirements of "in controversy" and "good cause" are
14 necessarily related. *Schlagenhauf*, *supra*, 379 U.S. at 119. The "good cause"
15 requirement is satisfied and an examination is ordered when the allegations made
16 by the plaintiff are "sufficiently serious and sweeping such that the average person
17 might not be able to evaluate properly the nature, extent, and cause of the injuries
18 plaintiff claims to have sustained." *Greenhorn*, *supra*, 216 F.R.D. at 652.

19     Here, Plaintiff's pleadings clearly place her emotional state in controversy.
20 Complaint ¶¶33-34, 63. Her settlement demands clearly indicate pursuing damages
21 well beyond the "garden variety" type. Plaintiff even disclosed ▮▮▮▮▮▮
22 ▮▮▮▮▮▮ as a witness in written discovery. She even produced ▮▮▮▮▮▮
23 ▮▮▮▮▮▮ in discovery. (P0280-329).

24     Plaintiff's mental health status forms the core of her complaints before this
25 Court, impacting both liability issues and the calculation of damages. Defendants
26 will be actually and substantially prejudiced if denied the requested discovery.
27 *Butcher's Union Local No. 498 v. SDC Inv., Inc.*, 788 F.2d 535, 540 (9th Cir. 1986).
28     Plaintiff should therefore be ordered to submit to the mental examination by

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071