Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Jeff T. Olsen (Cal. Bar No. 283249)
OLSEN WORKPLACE SOLUTIONS PC
18012 Cowan, Ste 200
Irvine, California 92614
Telephone: (949) 232-0455
Email: jeff@olsenws.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE, | Case No.: 8:25-cv-00994 JWH (ADSx) |
| Plaintiffs, | **[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]** |
| vs. | |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive, | **[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO SPECIALLY SET HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL AND GRANT PARTIAL RELIEF FROM LOCAL RULE 37 REGARDING THE TIMING OF FILING THE MOTION** |
| Defendants. | |
| | Discovery Cut-off Date: December 5, 2025 |
| | PreTrial Conference Date: March 27, 2026 |
| | Trial Date: April 13, 2026 |

**[PROPOSED] ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Ashley Fragale moved the Court ex parte for an order:

(a) For the Court to hear Plaintiff's Motion to Compel on December 3, 2025, or such other date on or before the discovery cutoff of December 5, 2025; and

(b) to permit the filing of the Joint Stipulation nineteen (19) days prior to the hearing date, or such other briefing schedule as the Court deems appropriate.

Upon consideration of the Motion and the arguments and papers presented in support and in opposition thereto, the Court hereby ORDERS that the Motion is Granted in its entirety.

IT IS SO ORDERED.

Dated: _____        _____

The Honorable Autumn D. Spaeth
United States Magistrate Judge

**[PROPOSED] ORDER**

# PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On November 10, 2025, I served copies of the within documents described as:

**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]**

**[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO SPECIALLY SET HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL AND GRANT PARTIAL RELIEF FROM LOCAL RULE 37 REGARDING THE TIMING OF FILING THE MOTION**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on November 10, 2025.

_____
Ruben Escalante

[PROPOSED] ORDER

**SERVICE LIST**

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX


NEDA DAL CIELO
Neda.DalCielo@jacksonlewis.com
JACKSON LEWIS P.C.
160 W Santa Clara St., Suite 400
San Jose, CA 95113
Telephone: (408) 579-0404

Attorneys for Defendants
(Request for Approval of Substitution Pending)

[PROPOSED] ORDER