Neda N. Dal Cielo (State Bar No. 161982)
Andres Antuna (State Bar No. 354766)
JACKSON LEWIS P.C.
160 W. Santa Clara St., Suite 400
San Jose, California 95113
Telephone:  (408) 579-0404
Facsimile:   (408) 454-0290
E-mail: neda.dalcielo@jacksonlewis.com
E-mail: andres.antuna@jacksonlewis.com

Attorneys for Defendant
RISC POINT ADVISORY GROUP LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>  Plaintiff,<br><br> v.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No. 8:25-cv-00994 JWH (ADSx)<br><br>**DECLARATION OF NEDA N. DAL CIELO IN SUPPORT OF *EX PARTE* MOTION AND *EX PARTE* MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT RISC POINT ADVISORY GROUP LLC AND TO CONTINUE ALL RELATED DISCOVERY AND TRIAL DATES**<br><br>Complaint Filed: April 14, 2025<br>Removal Filed:   May 7, 2025<br>Trial Date:         April 13, 2026 |

## DECLARATION OF NEDA N. DAL CIELO

1. I, Neda Dal Cielo, am an attorney duly admitted to practice before this Court. I am an attorney with Jackson Lewis PC ("Jackson Lewis"), attorneys of record for RISC POINT ADVISORY GROUP LLC ("Defendant") I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe that they are true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On October 29, 2025, this Court granted the proposed order substituting myself instead of Co-Defendant's prior counsel, Gordon Rees Scully and Mansukhani ("Gordon Rees") as counsel of record for Defendant (ECF No. 50).

3. Prior to October 29, 2025, Gordon Reese were Defendant and Co-Defendants' only attorneys of record.

4. My firm still has not received all the discovery propounded by Plaintiff on Defendant, deposition transcripts or requested ESI in this matter.

5. Despite coordinating calls on October 29, 2025 and November 3, 2025 to address case strategy and the gaps in documentation, Co-Defendant's counsel has still not provided key documents critical to effectively representing Defendant.

6. Plaintiff's counsel has noticed nine impending deposition dates, five of which are set in Ohio state, all of which Defendant's counsel is precluded from attending due to existing conflicts caused by depositions, mediations, and court hearings in other matters.

7. Defendant's counsel has met and conferred in good faith with Plaintiff's counsel, first by email on October 31, 2025 and second by phone call on November 3, 2025 regarding a continuance of trial dates and the fact discovery cutoff. Plaintiff's counsel has refused to stipulate to continuing depositions, the trial date, or the fact discovery cutoff.

8. Even after Defendant's entry in this matter, Co-defendant's counsel remained actively involved on Defendant's behalf, including participation at a

November 4, 2025 deposition of a key third-party witness, propounding supplemental discovery responses and document production on Defendant's behalf on November 5, 2025.

9. On November 4, 2025, I had a telephone call with Defendant and Co-Defendants to explain the ongoing issues with impending discovery deadlines, Plaintiff's counsel refusal to continue, and key discovery documents my firm had yet to receive. I advised that in light of these issues, it was in the best interests of Defendant to withdraw from representation. I further sent written confirmation of my intention to withdraw as counsel of record for Defendant on November 8, 2025. Filed herewith as **Exhibit "A"** is a true and correct copy of my email correspondence dated November 8, 2025, addressed to Mr. Nix and Mr. Drewyor confirming the need for the subject Motion and advising that Risc Point Advisory Group LLC secure new counsel as soon as possible to represent its interests in this litigation since it cannot represent itself.

10. To date, besides the substitution of counsel form, I have not made any filings, propounded or responded to any discovery, defended or taken any depositions on this matter.

11. On November 6, 2025, I provided written and oral notice of my intent to withdraw as counsel of record for Defendant to all other parties that have appeared in the action. I additionally advised counsel of record for all other parties on November 10, 2025 of the date and substance of this *ex parte* motion. Filed herewith as **Exhibit "B"** is a true and correct copy of my November 6, 2025, and November 10, 2025 meet and confer email exchanges with counsel for all other parties.

12. At this time, since Risc Point Advisory Group LLC is seeking but has not finalized its new legal representation, Jackson Lewis is not able to submit Central District Court Form G-01, since the form does not contemplate withdrawal of counsel without new replacement counsel being identified. This necessitated filing the subject Motion.

///

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct. Executed on this 10th day of November 2025, at
3  San Jose, California.

*[signature]*

Neda N. Dal Cielo

4914-0833-5225, v. 1

# EXHIBIT A

| **From:** | Dal Cielo, Neda N. (Silicon Valley) |
|---|---|
| **Sent:** | Saturday, November 8, 2025 6:24 AM |
| **To:** | Jake Nix; Matt Drewyor |
| **Cc:** | Rho, Angela S. (Silicon Valley); Antuna, Andres (Silicon Valley) |
| **Subject:** | Fragale v. Risc Point Advisory Group LLC |

Hi Jake and Matt,

Per our prior communications with you, we are currently planning to move forward with filing the required motion to withdraw from the *Fragale* matter this upcoming Monday. As a limited liability company, Risc Point Advisory Group LLC cannot represent itself pro se in federal court. We have attempted to contact you to see if you have been able to secure new counsel, but to date, we have not heard back. You will want to secure new counsel as soon as possible in light of the upcoming deadlines that we are currently aware of, which are as follows:

- The last day to file and serve either opposition to plaintiff's motion to amend their complaint or statement of non-opposition is November 14.
- The parties must exchange disclosures of rebuttal expert witnesses by November 21, 2025 per the scheduling order.
- The discovery cutoff is currently December 5, 2025, per the scheduling order.
- There are also various depositions that were noticed in November.

While we intend to ask the court to push out all of case related deadlines while the representation issue is sorted out, we cannot guarantee that this will happen. Thus, it is imperative that Risc Point Advisory Group LLC secure new counsel to address the above and ensure its interests are protected and Risc Point Advisory Group LLC is not prejudiced by lack of counsel in the litigation moving forward. We will be filing the motion to withdraw next week. Please let me know if you have any questions about the above or would like to discuss further.

Sincerely,



**Neda N. Dal Cielo**
Attorney at Law

**Jackson Lewis P.C.**
160 W Santa Clara St.
Suite 400
San Jose, CA 95113
Direct: (408) 513-2251 | Main: (408) 579-0404
Neda.DalCielo@jacksonlewis.com | www.jacksonlewis.com

# EXHIBIT B

|  |  |  |
|---|---|---|
| **From:** | | Dal Cielo, Neda N. (Silicon Valley) |
| **Sent:** | | Thursday, November 6, 2025 3:28 PM |
| **To:** | | ruben@aclientpc.com; 'Geoff Lee' |
| **Cc:** | | 'Jeff Olsen'; 'Sasha Sudan'; robert@aclientpc.com; Patterson, Maria (Silicon Valley); Antuna, Andres (Silicon Valley); acomunale@grsm.com |
| **Subject:** | | RE: Fragale v. Risc Point -- Motion to Compel Mental Exam |

Hi Mr. Escalante and Mr. Olsen,

As I mentioned on our call this afternoon, Jackson Lewis intends to withdraw as counsel for Risc Point Advisory Group LLC. To my knowledge, Gordon Reese remains counsel of record for the remaining defendants. I am currently in the East Coast in meetings so I will reach out shortly to all counsel to provide the requisite notice for our ex parte motion (assuming one will be needed).

Thank you,



### Neda N. Dal Cielo
Attorney at Law

**Jackson Lewis P.C.**
160 W Santa Clara St.
Suite 400
San Jose, CA 95113
Direct: (408) 513-2251 | Main: (408) 579-0404
Neda.DalCielo@jacksonlewis.com | www.jacksonlewis.com

| From: | Dal Cielo, Neda N. (Silicon Valley) |
|---|---|
| Sent: | Monday, November 10, 2025 1:21 PM |
| To: | ruben@aclientpc.com; 'Geoff Lee'; 'Jeff Olsen'; 'Robert Escalante'; 'Anafrancesca Comunale' |
| Cc: | 'Sasha Sudan'; Patterson, Maria (Silicon Valley); Antuna, Andres (Silicon Valley) |
| Subject: | Fragale v. Risc Point et al -- Ex Parte Notice |

Good afternoon Counsel,

As a follow up to our call on Friday, please be advised that we will be seeking *ex parte* relief from the Court as follows:

(a) Withdrawing as Counsel of Record for Defendant Risc Point Advisory Group LLC;
(b) Continuing the current April 13, 2026 and all related pre-trial and discovery and motion deadlines, including all depositions to allow Defendant Risc Point Advisory Group LLC time to arrange for new counsel of record.

We will be filing this request today; please let us know if you intend to oppose.

Respectfully,



**Neda N. Dal Cielo**
Attorney at Law

**Jackson Lewis P.C.**
160 W Santa Clara St.
Suite 400
San Jose, CA 95113
Direct: (408) 513-2251 | Main: (408) 579-0404
Neda.DalCielo@jacksonlewis.com | www.jacksonlewis.com