Neda N. Dal Cielo (State Bar No. 161982)
Andres Antuna (State Bar No. 354766)
JACKSON LEWIS P.C.
160 W. Santa Clara St., Suite 400
San Jose, California 95113
Telephone:   (408) 579-0404
Facsimile:    (408) 454-0290
E-mail: neda.dalcielo@jacksonlewis.com
E-mail: andres.antuna@jacksonlewis.com

Attorneys for Defendant
RISC POINT ADVISORY GROUP LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>        Plaintiff,<br><br>    v.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No. 8:25-cv-00994 JWH (ADSx)<br><br>**[PROPOSED] ORDER ON *EX PARTE* MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT RISC POINT ADVISORY GROUP LLC AND TO CONTINUE ALL RELATED DISCOVERY AND TRIAL DATES**<br><br>Complaint Filed:  April 14, 2025<br>Removal Filed:    May 7, 2025<br>Trial Date:            April 13, 2026 |

## **[PROPOSED] ORDER**

Upon considering Counsel for Defendant RISC POINT ADVISORY GROUP LLC's *Ex Parte* Motion to Withdraw as Counsel of Record for Defendant Risc Point Advisory Group LLC and Continue All Related Discovery and Trial Dates, together with the accompanying memorandum of points and authorities, the accompanying declaration, the pleadings, records, and files relating to this action, and any oral argument or evidence that may be presented at the hearing on this motion, and good cause appearing therefor, the Court hereby GRANTS Defendant's *Ex Parte* Motion to Withdraw as Counsel. The Court further finds good cause for the continuance of the trial and all related discovery and trial dates and hereby orders that the April 13, 2026 trial in this matter is continued to _____, 2026 or the earliest date thereafter on which all Parties are available.

**IT IS SO ORDERED.**

Dated:_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

4920-4245-9768, v. 2