1 | Neda N. Dal Cielo (State Bar No. 161982)
2 | Andres Antuna (State Bar No. 354766)
  | JACKSON LEWIS P.C.
3 | 160 W. Santa Clara St., Suite 400
4 | San Jose, California 95113
  | Telephone:   (408) 579-0404
5 | Facsimile:    (408) 454-0290
6 | E-mail: neda.dalcielo@jacksonlewis.com
  | E-mail: andres.antuna@jacksonlewis.com
7 |
8 | Attorneys for Defendant
  | RISC POINT ADVISORY GROUP LLC
9 |
10 | UNITED STATES DISTRICT COURT
11 | CENTRAL DISTRICT OF CALIFORNIA
12 |
13 | ASHLEY FRAGALE,                            Case No. 8:25-cv-00994 JWH (ADSx)
14 |        Plaintiff,                         **PROOF OF SERVICE**
15 |   v.                                      Complaint Filed: April 14, 2025
16 | RISC POINT ADVISORY GROUP                  Removal Filed:   May 7, 2025
   | LLC; RISC POINT ASSURANCE,                 Trial Date:      April 13, 2026
17 | LTD; RISC POINT HOLDINGS, INC.;
   | JACOB NIX; and DOES 1 through 10,
18 | inclusive
19 |        Defendants.

Case No. 8:25-cv-00994 JWH (ADSx)

PROOF OF SERVICE

# PROOF OF SERVICE

I, Maria Patterson, declare that I am employed with the law firm of Jackson Lewis P.C., whose address is 160 W. Santa Clara Street, Suite 400, San Jose, California 95113; I am over the age of eighteen (18) years and am not a party to this action.

On November 10, 2025, I served the attached:

**NOTICE OF *EX PARTE* MOTION AND *EX PARTE* MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT RISC POINT ADVISORY GROUP LLC AND TO CONTINUE ALL RELATED DISCOVERY AND TRIAL DATES; MEMORANDUM OF POINTS AND AUTHORITIES;**

**DECLARATION OF NEDA N. DAL CIELO IN SUPPORT OF *EX PARTE* MOTION AND EX PARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT RISC POINT ADVISORY GROUP LLC AND TO CONTINUE ALL RELATED DISCOVERY AND TRIAL DATES;**

**[PROPOSED] ORDER ON *EX PARTE* MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT RISC POINT ADVISORY GROUP LLC AND TO CONTINUE ALL RELATED DISCOVERY AND TRIAL DATES**

in this action by e-mailing true and correct copies thereof (in PDF format) to the interested parties in this action, whose address and e-mail addresses are as follows:

**See attached Service List**

☒ BY ELECTRONIC MAIL: I caused the above document(s) to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address on that office which is listed on the Service List. I did not receive, within a reasonable time after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on November 10, 2025, at San Jose, California.

*/s/ Maria Patterson*
Maria Patterson

# SERVICE LIST

**Counsel for Plaintiff**

Ruben D. Escalante
Robert A. Escalante
ACLIENT PC
440 N Barranca Avenue PMB 9496
Covina, CA 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com
Email: robert@aclientpc.com

Richard D Marca
VARNER & BRANDT LLP
3750 University Avenue Suite 610
Riverside, CA 92501
Telephone: (951) 274-7777
Fax: (951) 274-7770
Email: Richard.Marca@varnerbrandt.com

Jeff T Olsen
OLSEN WORKPLACE SOLUTIONS PC
18012 Cowan, Ste 200
Irvine, CA 92614
Telephone: (949) 232-0455
Email: jeff@olsenws.com

**Counsel for Co-Defendants**

Geoffrey Lee
Anafrancesca Comunale
GORDON REESE SCULLY MANSUKHANI LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Fax: (619) 696-7124
Email: glee@grsm.com
Email: acomunale@grsm.com

4911-2102-6425, v. 1