1  L. GEOFFREY LEE (SBN: 234024)
   glee@grsm.com
2  ANAFRANCESCA Y. COMUNALE (SBN: 323257)
   acomunale@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   101 West Broadway, Suite 2000
4  San Diego, CA  92101
   Telephone: (619) 230-7418
5  Facsimile: (619) 696-7124

6  Attorneys for Defendant Jacob Nix

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY FRAGALE, an individual, | CASE NO. 8:25-cv-00994 JWH (ADSx) |
| Plaintiff, | |
| vs. | **DEFENDANT JACOB NIX'S LIMITED OPPOSITION TO *EX PARTE* APPLICATION BY JACKSON LEWIS P.C. TO WITHDRAW AS COUNSEL OF RECORD** |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Defendant Jacob Nix ("Nix") on behalf of himself and as the founder and an owner of Risc Point Advisory Group LLC objects to the *ex parte* application of Jackson Lewis P.C. in which it attempts to expedite its improper withdrawal.  Nix does not object, however, to any continuances of dates or deadlines to resolve the quagmire created by Jackson Lewis' sudden appearance in this case and then withdrawal.  Nix simply requests that the Court be fully briefed on the disputed

-1-
DEFENDANT NIX'S OPPOSITION TO JACKSON LEWIS *EX PARTE* APPLICATION TO WITHDRAW

background facts before ruling.

The circumstances and reasons for Jackson Lewis requesting withdrawal require further briefing and declarations. The parties should provide full briefing on the details and use care to avoid the divulging of attorney-client communications or client confidences. For now, it should suffice to assert the following:

1. An *ex parte* order to withdraw is unauthorized. Local Rule 83-2.3.2 provides that a "***motion*** for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties…." Local Rule 83-2.3.2 (emphasis added). The word "motion" usually connotes a noticed motion rather than an *ex parte* application.

2. An *ex parte* order deprives Risc Point Advisory Group of sufficient time to respond and obtain replacement counsel. Twenty-four hours' notice is not reasonable advanced notice for such a significant request. Twenty-four hours' notice to a client is hardly sufficient time to obtain new counsel. Cal. Rule Prof. Conduct 1.16(d), 1.16(e); *Lister v. State Bar*, 51 Cal.3d 1117, 1126 (1990).

3. Nix as an individual defendant and founder of Risc Point Advisory Group should have an opportunity to explain in detail why Jackson Lewis lacks good cause to withdraw and to ask the Court to require Jackson Lewis to remain the client's attorney in the action until the agreed-upon tasks are complete. Vapnek, *Cal. Prac. Guide Prof. Resp. & Liability* § 10:11 (The Rutter Group 2025). Nix should be able to explain to the Court in detail how Jackson Lewis was intended to take over defense of ***the entire case*** from the law firm of Gordon Rees Scully Mansukhani LLP ("GRSM") by all defendants, not just Risc Point Advisory Group. Nix should be able to explain how **Jackson Lewis was repeatedly provided a list of all litigation deadlines as early as October 25** -- well

before signing the Substitution of Attorney -- and thus has no reason to claim surprise by the upcoming deadlines. *See attached example.* Fully knowing all deadlines for several weeks, Jackson Lewis confirmed again at 2:30 p.m. on November 3 that it would be signing Substitution of Attorney forms for <u>all</u> Defendants by November <u>5</u>.

4. Jackson Lewis also confirmed to Plaintiff's counsel that they were substituting in as counsel for <u>all</u> Defendants. *See* Doc. #55 (Escalante Decl. ¶7) ("During this [November 3] call, Ms. Dal Cielo represented that Jackson Lewis would be substituting in for all Defendants shortly.").

5. GRSM's files on this matter were transferred to Jackson Lewis' Records & Information Specialist Alyanna Bens on October 28 at 4:32 p.m. Jackson Lewis downloaded the files on October 30 at 7:51 a.m. Jackson Lewis has not asked for any additional GRSM files on this matter. GRSM would have every incentive to provide Jackson Lewis all requested files (if they had been requested) to finalize GRSM's complete withdrawal from the case by November 5.

6. Jackson Lewis as lead counsel for the employer has exclusive control over the handling of corporate Electronically Stored Information (ESI), which is the subject of pending discovery and a motion to compel ESI.

Based on the foregoing, Nix respectfully requests that any request for additional time be granted, but any attempt by Jackson Lewis to withdraw at this time should be denied.

Dated: November 11, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
L. GEOFFREY LEE
Attorney for Defendant JACOB NIX

-3-
DEFENDANT NIX'S OPPOSITION TO JACKSON LEWIS *EX PARTE* APPLICATION TO WITHDRAW

**Geoff Lee**

| | |
|---|---|
| From: | Geoff Lee |
| Sent: | Saturday, October 25, 2025 11:34 AM |
| To: | Dal Cielo, Neda N. (Silicon Valley); Jake Nix; Rho, Angela S. (Silicon Valley); Antuna, Andres (Silicon Valley) |
| Cc: | Matt Drewyor; Anafrancesca Comunale |
| Subject: | RE: Fragale v. Risc Point -- to do list |
| Attachments: | List of Litigation Events(108044511.1).docx |

Hi Folks

Fortunately, there are no hard deadlines coming up this week other than the discovery that is due Monday.

The next most time sensitive task is setting up the defense mental examination of plaintiff. I am waiting for the clients to decide which of 3 psychiatrists to hire. A motion to compel the mental examination will likely need to be filed as Plaintiff's counsel is thus far refusing to stipulate. I will begin drafting those moving papers.

A snapshot of the events in the next six weeks is in the attached.

--Geoff



**From:** Dal Cielo, Neda N. (Silicon Valley) <Neda.DalCielo@jacksonlewis.com>
**Sent:** Friday, October 24, 2025 5:07 PM
**To:** Geoff Lee <glee@grsm.com>; Jake Nix <jake.nix@riscpoint.com>; Rho, Angela S. (Silicon Valley) <Angela.Rho@jacksonlewis.com>; Antuna, Andres (Silicon Valley) <Andres.Antuna@jacksonlewis.com>
**Cc:** Matt Drewyor <matt.drewyor@riscpoint.com>; Anafrancesca Comunale <acomunale@grsm.com>
**Subject:** RE: Fragale v. Risc Point -- Request for Admissions Set 1 and 2

Thanks Geoff. It is nice to meet you.

My main concern right now is the upcoming Monday discovery deadline and pushing it out (or at a minimum serving only objections). Ideally they will give you the extension in light of the change in counsel, but please let us know the status.

Best,

### Neda N. Dal Cielo
Attorney at Law

**Jackson Lewis P.C.**
160 W Santa Clara St.
Suite 400
San Jose, CA 95113
Direct: (408) 513-2251 | Main: (408) 579-0404
Neda.DalCielo@jacksonlewis.com | www.jacksonlewis.com

1

**From:** Geoff Lee <glee@grsm.com>
**Sent:** Friday, October 24, 2025 4:56 PM
**To:** Jake Nix <jake.nix@riscpoint.com>; Dal Cielo, Neda N. (Silicon Valley) <Neda.DalCielo@jacksonlewis.com>; Rho, Angela S. (Silicon Valley) <Angela.Rho@jacksonlewis.com>; Antuna, Andres (Silicon Valley) <Andres.Antuna@jacksonlewis.com>
**Cc:** Matt Drewyor <matt.drewyor@riscpoint.com>; Anafrancesca Comunale <acomunale@grsm.com>
**Subject:** RE: Fragale v. Risc Point -- Request for Admissions Set 1 and 2

Hello Jackson Lewis Folks

As this case is very active, I will make it my priority to get you up to speed. I will also give you my cell phone ▇▇▇▇▇▇▇▇▇▇ so you can reach me early or late as needed.

---

**From:** Jake Nix <jake.nix@riscpoint.com>
**Sent:** Friday, October 24, 2025 4:49 PM
**To:** Geoff Lee <glee@grsm.com>; Dal Cielo, Neda N. (Silicon Valley) <neda.dalcielo@jacksonlewis.com>; Rho, Angela S. (Silicon Valley) <angela.rho@jacksonlewis.com>; Antuna, Andres (Silicon Valley) <andres.antuna@jacksonlewis.com>
**Cc:** Matt Drewyor <matt.drewyor@riscpoint.com>; Anafrancesca Comunale <acomunale@grsm.com>
**Subject:** Re: Fragale v. Risc Point -- Request for Admissions Set 1 and 2

Geoff, much appreciated.

I want to introduce you to Neda and Andres who will be the primary case points of contact and Angela who oversees our partnership with Jackson Lewis.

Please let us know how we can help.

We sincerely your help to date and open communication

Jake



Jake Nix | Chief Growth Officer
**RISC**Point
Find a Time | RISCPoint.com

Learn how our relationship-driven, integrated approach helped Own achieve a sustainable FedRAMP ecosystem in under 12 months.

---

**From:** Geoff Lee <glee@grsm.com>
**Sent:** Friday, October 24, 2025 7:42:27 PM
**To:** Jake Nix <jake.nix@riscpoint.com>
**Cc:** Matt Drewyor <matt.drewyor@riscpoint.com>; Anafrancesca Comunale <acomunale@grsm.com>
**Subject:** RE: Fragale v. Risc Point -- Request for Admissions Set 1 and 2

Hi Jake

2

To: Jackson Lewis

From: GRSM

Re: *Ashely Fragale v. Risc Point Advisory Group, LLC, et al.*

| EVENT | | DUE DATE | STATUS | COMMENTS |
|---|---|---|---|---|
| | | | | |
| RiscPoint RFA 1<br>RiscPoint RFA 2<br>RiscPoint RPD 2<br>Nix RFA 1<br>Nix RFA 2<br>Nix RPD 2 | | 10/27/25 | Done | |
| Choice of expert psychiatrist | | 10/28/25 | Pending | |
| Subpoena for docs to Howard CDM | | 10/29/25 | Pending | |
| Motion to Compel Mental Exam | | 10/31/25 | Pending | |
| Resumed Depo of R McCartney | | 11/4/25 | | |
| Production of Shah and Macklin Records | | 11/5/25 | Pending | |
| Supplemental Response to RiscPoint SROG 1 (identification of Shah and Macklin) | | 11/5/25 | Pending | |
| Response to Cease & Desist Letter | | 11/5/25 | Done | |
| Last to serve discovery to Plf | | 11/5/25 | | |
| RiscPoint RPD 3<br>Nix RPD 3 | | 11/16/25 | Not started | |
| Depositions of Ohio Employees | | 11/17/25 | | |
| Resumed Depo of John Hawkins | | TBD | | |
| Resumed Depo of Aisha Adam | | TBD | | |
| Production of 107,000 ESI docs | | TBD | Completed approx. 3,000 | Plf. is expected to bring a motion to accelerate production |

| Stip or Mtn to File FAC | | TBD | | |
|---|---|---|---|---|
| Interpleader Comp. against Hibbler | | TBD | | |
| Discovery and Disc. Mtn. Cutoff | | 12/5/25 | | *Effectively 12/3/25 because the Magistrate only hears motions on Wednesdays |