Neda N. Dal Cielo (State Bar No. 161982)
Andres Antuna (State Bar No. 354766)
JACKSON LEWIS P.C.
160 W. Santa Clara St., Suite 400
San Jose, California 95113
Telephone: (408) 579-0404
Facsimile: (408) 454-0290
E-mail: neda.dalcielo@jacksonlewis.com
E-mail: andres.antuna@jacksonlewis.com

Attorneys for Defendant
RISC POINT ADVISORY GROUP LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>Plaintiff,<br><br>v.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 8:25-cv-00994 JWH (ADSx)<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: April 14, 2025<br>Removal Filed: May 7, 2025<br>Trial Date: April 13, 2026 |

**PROOF OF SERVICE**

I, Maria Patterson, declare that I am employed with the law firm of Jackson Lewis P.C., whose address is 160 W. Santa Clara Street, Suite 400, San Jose, California 95113; I am over the age of eighteen (18) years and am not a party to this action.

On November 11, 2025, I served the attached:

**DEFENDANT RISC POINT ADVISORY GROUP LLC'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER COMPELLING THE DEPOSITIONS OF DEFENDANTS AS CURRENTLY NOTICED, OR ALTERNATIVELY, TO COMPEL DEFENDANTS' DEPOSITIONS ON OR BY DECEMBER 5, 2025**

in this action by e-mailing true and correct copies thereof (in PDF format) to the interested parties in this action, whose address and e-mail addresses are as follows:

**See attached Service List**

☒ BY ELECTRONIC MAIL: I caused the above document(s) to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address on that office which is listed on the Service List. I did not receive, within a reasonable time after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on November 11, 2025, at San Jose, California.

Maria Patterson

Maria Patterson

# SERVICE LIST

**Counsel for Plaintiff**

Ruben D. Escalante
Robert A. Escalante
ACLIENT PC
440 N Barranca Avenue PMB 9496
Covina, CA 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com
Email: robert@aclientpc.com

Richard D Marca
VARNER & BRANDT LLP
3750 University Avenue Suite 610
Riverside, CA 92501
Telephone: (951) 274-7777
Fax: (951) 274-7770
Email: Richard.Marca@varnerbrandt.com

Jeff T Olsen
OLSEN WORKPLACE SOLUTIONS PC
18012 Cowan, Ste 200
Irvine, CA 92614
Telephone: (949) 232-0455
Email: jeff@olsenws.com

**Counsel for Co-Defendants**

Geoffrey Lee
Anafrancesca Comunale
GORDON REESE SCULLY MANSUKHANI LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Fax: (619) 696-7124
Email: glee@grsm.com
Email: acomunale@grsm.com

4916-6171-6089, v. 1