Neda N. Dal Cielo (State Bar No. 161982)
Andres Antuna (State Bar No. 354766)
JACKSON LEWIS P.C.
160 W. Santa Clara St., Suite 400
San Jose, California 95113
Telephone:    (408) 579-0404
Facsimile:    (408) 454-0290
E-mail: neda.dalcielo@jacksonlewis.com
E-mail: andres.antuna@jacksonlewis.com

Attorneys for Defendant
RISC POINT ADVISORY GROUP LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>        Plaintiff,<br><br>    v.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No. 8:25-cv-00994 JWH (ADSx)<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed:  April 14, 2025<br>Removal Filed:    May 7, 2025<br>Trial Date:       April 13, 2026 |

## PROOF OF SERVICE

I, Maria Patterson, declare that I am employed with the law firm of Jackson Lewis P.C., whose address is 160 W. Santa Clara Street, Suite 400, San Jose, California 95113; I am over the age of eighteen (18) years and am not a party to this action.

On November 11, 2025, I served the attached:

**DEFENDANT RISC POINT ADVISORY GROUP LLC'S OPPOSITION TO PLAINTIFF'S  EX PARTE APPLICATION TO  SPECIALLY SET HEARING DATE ON PLAINITFF'S MOTION TO COMPEL AND GRANT PARTIAL RELIEF FROM LOCAL RULE 37 REGARDING THE TIMING OF FILING THE MOTION**

in this action by e-mailing true and correct copies thereof (in PDF format) to the interested parties in this action, whose address and e-mail addresses are as follows:

### See attached Service List

☒     <u>BY ELECTRONIC MAIL</u>:  I caused the above document(s) to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address on that office which is listed on the Service List. I did not receive, within a reasonable time after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on November 11, 2025, at San Jose, California.

_Maria Patterson_
Maria Patterson

Case No. 8:25-cv-00994 JWH (ADSx)

PROOF OF SERVICE

1

## SERVICE LIST

2

3

**Counsel for Plaintiff**

4

Ruben D. Escalante

Robert A. Escalante

5

ACLIENT PC

6

440 N Barranca Avenue PMB 9496

Covina, CA 91723

7

Telephone: (310) 431-9687

8

Email: ruben@aclientpc.com

Email: robert@aclientpc.com

9

10

Richard D Marca

VARNER & BRANDT LLP

11

3750 University Avenue Suite 610

12

Riverside, CA 92501

Telephone: (951) 274-7777

13

Fax: (951) 274-7770

14

Email: Richard.Marca@varnerbrandt.com

15

Jeff T Olsen

16

OLSEN WORKPLACE SOLUTIONS PC

18012 Cowan, Ste 200

17

Irvine, CA 92614

18

Telephone: (949) 232-0455

Email: jeff@olsenws.com

19

20

**Counsel for Co-Defendants**

21

Geoffrey Lee

22

Anafrancesca Comunale

GORDON REESE SCULLY MANSUKHANI LLP

23

101 West Broadway, Suite 2000

24

San Diego, CA 92101

Telephone: (619) 230-7418

25

Fax: (619) 696-7124

26

Email: glee@grsm.com

Email: acomunale@grsm.com

27

28

4912-2983-3849, v. 1

PROOF OF SERVICE