1  Ruben D. Escalante (Cal. Bar No. 244596)
2  Robert A. Escalante (Cal. Bar No. 270629)
   ACLIENT PC
3  440 N Barranca Ave PMB 9496
   Covina, California 91723
4  Telephone: (310) 431-9687
5  Email: ruben@aclientpc.com

6
   Attorneys for Plaintiff
7  ASHLEY FRAGALE

8

9               **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | ASHLEY FRAGALE, | Case No.: 8:25-cv-00994 JWH (ADSx) |
|---|---|
| Plaintiffs, | **[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]** |
| vs. | |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive, | **NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE AND PRODUCTION OF DOCUMENTS** |
| Defendants. | Date: December 3, 2025* |
| | Time: 10:00 a.m. |
| | Place: Courtroom 6B |
| | [*ex parte application pending (Dkt. 55)] |
| | Discovery Cut-off Date: December 5, 2025 |
| | Pre-Trial Conference Date: March 27, 2026 |
| | Trial Date: April 13, 2026 |

**NOTICE OF MOTION AND MOTION**

TO THE HONORABLE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON December 3, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at Ronald Reagan Federal Building and United States Courthouse, Courtroom 6B, 411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516, and subject to the Court granting Plaintiff's *Ex Parte* Application to Specially Set Hearing Date on Plaintiff's Motion to Compel and Grant Partial Relief from Local Rule 37 Regarding the Timing of Filing the Motion (Dkt. 55), Plaintiff Ashley Fragale will and hereby does move this Court for an order compelling RISC POINT ADVISORY GROUP, LLC and JACOB NIX to complete their document production, consistent with their agreements to comply, including their ESI and non-ESI document production, in a timely manner and by a date certain (i.e., within one (1) calendar days of the Court's order) or, alternatively, within such time as the Court deems appropriate, consistent with the Court's Scheduling Order; (2) compelling Defendants to declare under penalty of perjury that they have completed their production and setting forth the steps they took to complete the same; and (3) compelling Defendants to authenticate their production.

This motion is made on the grounds that said requests for production seek documents that are relevant to the subject matter of the action and do not relate to privileged matters, and the refusal to comply is without justification.

///
///
///

-1-

**NOTICE OF MOTION AND MOTION**

This motion is based on this Notice of Motion and Motion, the Joint Stipulation Regarding Plaintiff's Motion to Compel filed concurrently herewith, any Supplemental Memoranda, all pleadings, papers, and records on file in this action, such oral and documentary evidence as may be presented at the hearing on this instant Motion, and such other and further matters of which the Court shall or may take judicial notice.

Date: November 13, 2025               Respectfully submitted,

                                         ACLIENT PC

                                         By: _____/s/_____
                                            RUBEN D. ESCALANTE
                                            Attorney for Plaintiff
                                            ASHLEY FRAGALE

## PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On November 13, 2025, I served copies of the within documents described as:

**NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE AND PRODUCTION OF DOCUMENTS**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on November 13, 2025.

_/s/ Ruben Escalante_
Ruben Escalante

Case 8:25-cv-00994-JWH-ADS    Document 71    Filed 11/13/25    Page 5 of 5    Page ID #:1025


# SERVICE LIST

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

Neda N Dal Cielo
Jackson Lewis P.C.
160 West Santa Clara Street Suite 400
San Jose, CA 95113
408-579-0404
Fax: 408-454-0290
Email: neda.dalcielo@jacksonlewis.com

Attorneys for Defendant
RISC POINT ADVISORY GROUP LLC

-4-

**NOTICE OF MOTION AND MOTION**