Neda N. Dal Cielo (State Bar No. 161982)
Andres Antuna (State Bar No. 354766)
JACKSON LEWIS P.C.
160 W. Santa Clara St., Suite 400
San Jose, California 95113
Telephone:   (408) 579-0404
Facsimile:   (408) 454-0290
E-mail: neda.dalcielo@jacksonlewis.com
E-mail: andres.antuna@jacksonlewis.com

Attorneys for Defendant
RISC POINT ADVISORY GROUP LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 8:25-cv-00994 JWH (ADSx)<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: April 14, 2025<br>Removal Filed:   May 7, 2025<br>Trial Date:          April 13, 2026 |

# PROOF OF SERVICE

I, Maria Patterson, declare that I am employed with the law firm of Jackson Lewis P.C., whose address is 160 W. Santa Clara Street, Suite 400, San Jose, California 95113; I am over the age of eighteen (18) years and am not a party to this action.

On November 14, 2025, I served the attached:

**DEFENDANT RISC POINT ADVISORY GROUP LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

in this action by e-mailing true and correct copies thereof (in PDF format) to the interested parties in this action, whose address and e-mail addresses are as follows:

**See attached Service List**

☒ BY ELECTRONIC MAIL: I caused the above document(s) to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address on that office which is listed on the Service List. I did not receive, within a reasonable time after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on November 14, 2025, at San Jose, California.

*Maria Patterson*
Maria Patterson

# SERVICE LIST

**Counsel for Plaintiff**

Ruben D. Escalante
Robert A. Escalante
ACLIENT PC
440 N Barranca Avenue PMB 9496
Covina, CA 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com
Email: robert@aclientpc.com

Richard D Marca
VARNER & BRANDT LLP
3750 University Avenue Suite 610
Riverside, CA 92501
Telephone: (951) 274-7777
Fax: (951) 274-7770
Email: Richard.Marca@varnerbrandt.com

Jeff T Olsen
OLSEN WORKPLACE SOLUTIONS PC
18012 Cowan, Ste 200
Irvine, CA 92614
Telephone: (949) 232-0455
Email: jeff@olsenws.com

**Counsel for Co-Defendants**

Geoffrey Lee
Anafrancesca Comunale
GORDON REESE SCULLY MANSUKHANI LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Fax: (619) 696-7124
Email: glee@grsm.com
Email: acomunale@grsm.com