Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>      Plaintiffs,<br><br>vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**NOTICE RE ALTERNATIVE DISPUTE RESOLUTION** |

**NOTICE RE ALTERNATIVE DISPUTE RESOLUTION**

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT the Parties held a mediation with panel mediator Robert Coviello on October 22, 2025. The Parties and their respective trial counsel, designated corporate representative, and representative of the party's insurer appeared. The Parties did not settle, and have not reopened settlement discussions.

Date: November 18, 2025            Respectfully submitted,

                                   ACLIENT PC

                                   By: _____
                                   RUBEN D. ESCALANTE
                                   Attorney for Plaintiff
                                   ASHLEY FRAGALE

Date: November 18, 2025            Respectfully submitted,

                                   GORDON REES SCULLY
                                   MANSUKHANI, LLP

                                         /s/ (via email authorization)
                                   By: _____
                                   L. GEOFFREY LEE
                                   Attorney for Defendants
                                   RISC POINT ASSURANCE, LTD;
                                   RISC POINT HOLDINGS, INC.;
                                   JACOB NIX

Date: November 18, 2025            Respectfully submitted,

                                   JACKSON LEWIS

                                         /s/ (via email authorization)
                                   By: _____
                                   NEDA DAL CIELO
                                   Attorney for Defendant
                                   RISC POINT ADVISORY GROUP
                                   LLC

-1-

**NOTICE RE ALTERNATIVE DISPUTE RESOLUTION**

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On November 18, 2025, I served copies of the within documents described as: |
| 5 | **NOTICE RE ALTERNATIVE DISPUTE RESOLUTION** |
| 7 | on the interested parties in this action as follows: |
| 8 | **See attached Service List** |
| 9 | [x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful. |
| 13 | I certify the foregoing is true and correct. Executed on November 18, 2025. |
| 16 | Ruben Escalante |

**NOTICE RE ALTERNATIVE DISPUTE RESOLUTION**

**SERVICE LIST**

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX


Neda N Dal Cielo
Jackson Lewis P.C.
160 West Santa Clara Street Suite 400
San Jose, CA 95113
408-579-0404
Fax: 408-454-0290
Email: neda.dalcielo@jacksonlewis.com

Attorneys for Defendant
RISC POINT ADVISORY GROUP LLC

Alison S. Flowers
Ogletree Deakins
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-536-3442
alison.flowers@ogletree.com

Attorneys for Defendants [Order on Request for Substitution Pending]
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

NOTICE RE ALTERNATIVE DISPUTE RESOLUTION