UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-00994-JWH(ADSx) | Date | November 17, 2025 |
| Title | *Ashley Fragale v. RISC Point Advisory Group LLC et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Ruben Escalante | Loren Geoffrey Lee |
| Jeff T. Olsen | Peter Maretz |
| | Neda N. Dal Cielo |

**Proceedings:** **HEARING RE: DEFENDANT'S COUNSEL'S *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL OF RECORD [56]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1.	The Application of Attorney Neda N. Dal Cielo to be Relieved as Counsel for Defendant RISC Point Advisory Group, LLC [ECF No. 56] is **DENIED in part** and **GRANTED in part**. Specifically, the Application is **DENIED** to the extent that it seeks a general extension of the case schedule. The application is **provisionally GRANTED** to the extent that Attorney Dal Cielo and her firm seek leave to withdraw as counsel of record for Defendant RISC Point Advisory Group, LLC. The Court will enter an order finally approving Attorney Dal Cielo and her firm's withdrawal upon its receipt of an appropriate Substitution of Counsel.

2.	The Court awaits a stipulation from the parties to formalize the extension of discovery-related dates and deadlines that were discussed at the hearing.

**IT IS SO ORDERED.**

Time: 00:34
Initials of Preparer: cla