Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>      Plaintiffs,<br><br>vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**STIPULATION RE APPLICATION FOR WITHDRAWAL AND REQUEST FOR SUBSTITUTION** |

**STIPULATION**

TO THE HONORABLE COURT:

Plaintiff ASHLEY FRAGALE ("Plaintiff") and Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS the Parties appeared for a hearing on November 17, 2025, regarding Jackson Lewis P.C.'s Ex Parte Application to Withdrawal as Counsel of Record ("Application to Withdraw");

WHEREAS Alison S. Flowers of Ogletree Deakins has submitted a Request for Approval of Substitution or Withdrawal of Counsel ("Request for Substitution") for all Defendants and represents she has authority to enter into this Stipulation;

WHEREAS the Parties have agreed to certain scheduling accommodations in support of the Court provisionally granting the Application to Withdraw and Request for Substitution; and

WHEREAS the Parties do not agree to continue the trial date or extend any associated deadlines, including but not limited to the discovery cut-off or expert disclosure deadlines, with limited exceptions as set forth below;

The Parties Stipulate and request an Order as follows:

1. The Parties may take depositions on or before December 19, 2025, to the extent such depositions were and are timely noticed pursuant to the Court's July 14, 2025, Scheduling Order (Dkt. 20);

2. On or before December 1, 2025, Defendants will provide dates certain for the depositions of the following individuals, as previously noticed by Plaintiff, which shall occur by December 19, 2025, unless mutually agreed by all counsel: Jacob Nix, Matt Drewyor, Allison Baily, Tony Bai, Chad Gross, and the Person Most Qualified;

3. The discovery *motion* cutoff will be extended to January 9, 2026;

**STIPULATION**

4. The discovery cutoff is extended to January 9, 2026, but only as to discovery timely served and initiated pursuant to the Court's July 14, 2025, Scheduling Order (Dkt. 20). That is, discovery that was served in violation of the Court's July 14, 2025, Scheduling Order (Dkt. 20), is not valid or extended by this agreement.

5. The Parties agree to submit their discovery disputes regarding Defendants' responses to Plaintiff's Requests for Production and Requests for Admission to the Informal Discovery Conference procedure, without prejudice to any party proceeding with a Motion to Compel pursuant to Local Rule 37.

6. The Parties agree to extend their respective discovery that was due on November 17, 2025, to November 19, 2025.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: November 18, 2025

Respectfully submitted,
ACLIENT PC

By: _____
RUBEN D. ESCALANTE
Attorney for Plaintiff
ASHLEY FRAGALE

Date: November 18, 2025

Respectfully submitted,
OGLETREE DEAKINS

By: __/s/ (via email authorization)__
ALISON S. FLOWERS
Attorney for Defendants [Order on Request for Substitution Pending]
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

## PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On November 18, 2025, I served copies of the within documents described as:

**STIPULATION RE APPLICATION FOR WITHDRAWAL AND REQUEST FOR SUBSTITUTION**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on November 18, 2025.

Ruben Escalante

**STIPULATION**

# SERVICE LIST

Alison S. Flowers
Ogletree Deakins
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-536-3442
alison.flowers@ogletree.com

Attorneys for Defendants [Order on Request for Substitution Pending]
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

Neda N Dal Cielo
Jackson Lewis P.C.
160 West Santa Clara Street Suite 400
San Jose, CA 95113
408-579-0404
Fax: 408-454-0290
Email: neda.dalcielo@jacksonlewis.com

Attorneys for Defendant
RISC POINT ADVISORY GROUP LLC