Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>          Plaintiffs,<br><br>     vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**STIPULATION RE EX PARTE APPLICATIONS (DKT. NOS. 55 AND 58)** |

**STIPULATION**

TO THE HONORABLE COURT:

Plaintiff ASHLEY FRAGALE ("Plaintiff") and Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS the Parties appeared for a hearing on November 17, 2025, regarding Jackson Lewis P.C.'s Ex Parte Application to Withdrawal as Counsel of Record ("Application to Withdraw");

WHEREAS Alison S. Flowers of Ogletree Deakins has submitted a Request for Approval of Substitution or Withdrawal of Counsel ("Request for Substitution") for all Defendants and represents she has authority to enter into this Stipulation;

WHEREAS the Parties agreed to certain scheduling accommodations in support of the Court provisionally granting the Application to Withdraw and Request for Substitution and submitted a Stipulation and [Proposed] Order to the Court (Dkt. 82) regarding the same; and

WHEREAS, based on the Court's comments at the hearing, the Parties anticipate the Court entering the same, and believe such order will resolve the Ex Parte Applications (Dkt Nos. 55 and 58) set for hearing on November 19, 2025;

The Parties Stipulate and request an Order as follows:

1. That the hearing on the Ex Parte Application for Special Hearing re Motion to Compel and Partial Relief from Local Rule 37 (Dkt. No. 55), be taken off calendar; the hearing on the subject Motion to Compel Compliance and Production of Documents (Dkt. 71) be set for December 17, 2025; and Defendants will submit to an Informal Discovery Conference regarding the subject Motion to Compel Compliance and Production of Documents (Dkt. 71) during the first week of December 2025.

**STIPULATION**

2. That the hearing on the Ex Parte Application to Compel Deposition of Jacob Nix, RISC Point, and Officers and Managing Agents filed by Plaintiff Ashley Fragale (Dkt. No. 58), be taken off calendar, and the same denied without prejudice;

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: November 18, 2025

Respectfully submitted,
ACLIENT PC

By: _____
RUBEN D. ESCALANTE
Attorney for Plaintiff
ASHLEY FRAGALE

Date: November 18, 2025

Respectfully submitted,
OGLETREE DEAKINS

By: ___/s/ (via email authorization)___
ALISON S. FLOWERS
Attorney for Defendants [Order on Request for Substitution Pending]
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

**STIPULATION**

## PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On November 18, 2025, I served copies of the within documents described as:

**STIPULATION RE EX PARTE APPLICATIONS (DKT. NOS. 55 AND 58)**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on November 18, 2025.

_____
Ruben Escalante

**STIPULATION**

# SERVICE LIST

Alison S. Flowers
Ogletree Deakins
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-536-3442
alison.flowers@ogletree.com

Attorneys for Defendants [Order on Request for Substitution Pending]
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX


Neda N Dal Cielo
Jackson Lewis P.C.
160 West Santa Clara Street Suite 400
San Jose, CA 95113
408-579-0404
Fax: 408-454-0290
Email: neda.dalcielo@jacksonlewis.com

Attorneys for Defendant
RISC POINT ADVISORY GROUP LLC