1  Ruben D. Escalante (Cal. Bar No. 244596)
2  Robert A. Escalante (Cal. Bar No. 270629)
   ACLIENT PC
3  440 N Barranca Ave PMB 9496
   Covina, California 91723
4  Telephone: (310) 431-9687
5  Email: ruben@aclientpc.com

6
   Attorneys for Plaintiff
7  ASHLEY FRAGALE

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ASHLEY FRAGALE, | Case No.: 8:25-cv-00994 JWH (ADSx) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER RE EX PARTE APPLICATIONS (DKT. NOS. 55 AND 58)** |
| vs. | |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER**

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has considered the **STIPULATION RE EX PARTE APPLICATIONS (DKT. NOS. 55 AND 58)** submitted by Plaintiff ASHLEY FRAGALE ("Plaintiff") and Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants").

**FOR GOOD CAUSE SHOWN,** the Court Orders as follows:

1. The hearing on the Ex Parte Application for Special Hearing re Motion to Compel and Partial Relief from Local Rule 37 (Dkt. No. 55), is taken off calendar; the hearing on the subject Motion to Compel Compliance and Production of Documents (Dkt. 71) is set for December 17, 2025; and Defendants will submit to an Informal Discovery Conference regarding the subject Motion to Compel Compliance and Production of Documents (Dkt. 71) during the first week of December 2025.

2. The hearing on the Ex Parte Application to Compel Deposition of Jacob Nix, RISC Point, and Officers and Managing Agents filed by Plaintiff Ashley Fragale (Dkt. No. 58), is taken off calendar, and the same denied without prejudice.

**IT IS SO ORDERED**

Dated:_____

_____
HONORABLE AUTUMN D. SPAETH
United States District Judge

**[PROPOSED] ORDER**

**PROOF OF SERVICE**

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On November 18, 2025, I served copies of the within documents described as:

**[PROPOSED] ORDER RE EX PARTE APPLICATIONS (DKT. NOS. 55 AND 58)**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on November 18, 2025.

_____
Ruben Escalante

# SERVICE LIST

Alison S. Flowers
Ogletree Deakins
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-536-3442
alison.flowers@ogletree.com

Attorneys for Defendants [Order on Request for Substitution Pending]
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

GEOFFREY LEE (SBN:234024)
glee@grsm.com
ANAFRANCESCA COMUNALE (SBN: 323257)
acomunale@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7418
Facsimile: (619) 696-7124

Attorneys for Defendants
RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX


Neda N Dal Cielo
Jackson Lewis P.C.
160 West Santa Clara Street Suite 400
San Jose, CA 95113
408-579-0404
Fax: 408-454-0290
Email: neda.dalcielo@jacksonlewis.com

Attorneys for Defendant
RISC POINT ADVISORY GROUP LLC

[PROPOSED] ORDER