Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**ORDER RE EX PARTE APPLICATIONS (DKT. NOS. 55 AND 58)**<br><br>**\*\*NOTE CHANGES MADE BY THE COURT\*\*** |

**ORDER**

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has considered the **STIPULATION RE EX PARTE APPLICATIONS (DKT. NOS. 55 AND 58)** submitted by Plaintiff ASHLEY FRAGALE ("Plaintiff") and Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants").

**FOR GOOD CAUSE SHOWN,** the Court Orders as follows:

1. The hearing on the Ex Parte Application for Special Hearing re Motion to Compel and Partial Relief from Local Rule 37 (Dkt. No. 55), is taken off calendar; the hearing on the subject Motion to Compel Compliance and Production of Documents (Dkt. 71) is set for December 17, 2025 at 10:00 a.m. in Santa Ana; and Defendants will submit to an Informal Discovery Conference regarding the subject Motion to Compel Compliance and Production of Documents (Dkt. 71) as soon as mutually agreeable and at a time convenient for the Court.

2. The hearing on the Ex Parte Application to Compel Deposition of Jacob Nix, RISC Point, and Officers and Managing Agents filed by Plaintiff Ashley Fragale (Dkt. No. 58), is taken off calendar, and the same denied without prejudice.

**IT IS SO ORDERED**

Dated: 11/18/2025

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States District Judge

-1-

**ORDER**