**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ASHLEY FRAGALE

Plaintiff(s)

v.

RISC POINT ADVISORY GROUP LLC, et al.

Defendant(s)

| CASE NUMBER |
| --- |
| 8:25-cv-00994 JWH (ADSx) |

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☐ The Court hereby orders that the request of:

Risc Point Advisory Group LLC    ☐ Plaintiff ☒ Defendant ☐Other
_Name of Party_

☒ to substitute Alison Flowers of Ogletree Deakins                who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

1 Embarcadero Center

San Francisco, CA 94111          _Street Address_    alison.flowers@ogletree.com
_City, State, Zip_                                    _E-Mail Address_

415-442-4810                                          271309
_Telephone Number_          _Fax Number_            _State Bar Number_

as attorney of record instead of Neda Dal Cielo
_List **all** attorneys from same firm or agency who are withdrawing._

of Jackson Lewis P.C.

**is hereby☒ GRANTED ☐ DENIED**

☐ The Court hereby orders that the request of
_List **all** attorneys from same firm or agency who are withdrawing._

to withdraw as attorney of record for
**is hereby ☐ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/
substituting attorney(s) in this case.

Dated    November 18, 2025

U. S. District Judge, John W. Holcomb