**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY FRAGALE<br><br>Plaintiff(s)<br>v.<br>RISC POINT ADVISORY GROUP LLC, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>8:25-cv-00994 JWH (ADSx)<br><br>ORDER ON REQUEST FOR APPROVAL<br>OF SUBSTITUTION OR WITHDRAWAL<br>OF ATTORNEY |

☐ The Court hereby orders that the request of:

Risc Point Holdings, Inc.   ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

☒ to substitute  Alison Flowers of Ogletree Deakins   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

1 Embarcadero Center
*Street Address*
San Francisco, CA  94111              alison.flowers@ogletree.com
*City, State, Zip*                    *E-Mail Address*

415-442-4810                                              271309
*Telephone Number*       *Fax Number*                *State Bar Number*

as attorney of record instead of  Loren Geoffrey Lee and Anafrancesca Comunale
*List all attorneys from same firm or agency who are withdrawing.*

of Gordon Rees Scully Mansukhani LLP

is hereby ☒ GRANTED   ☐ DENIED

☐ The Court hereby orders that the request of _____
*List all attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____
is hereby ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  November 18, 2025

*/s/ J.E. Holcomb/*
U. S. District Judge, John W. Holcomb

G-01 ORDER (02/24)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY