**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| ASHLEY FRAGALE | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:25-cv-00994 JWH (ADSx) |
| v. | |
| RISC POINT ADVISORY GROUP LLC, et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

Jacob Nix   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute Alison Flowers of Ogletree Deakins   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

1 Embarcadero Center
*Street Address*

San Francisco, CA 94111          alison.flowers@ogletree.com
*City, State, Zip*                          *E-Mail Address*

415-442-4810                              271309
*Telephone Number*      *Fax Number*     *State Bar Number*

as attorney of record instead of Loren Geoffrey Lee and Anafrancesca Comunale
*List all attorneys from same firm or agency who are withdrawing.*

of Gordon Rees Scully Mansukhani LLP

is hereby ☒ GRANTED   ☐ DENIED

☐ The Court hereby orders that the request of _____
*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____
is hereby ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  November 18, 2025

*[signature]*
U. S. District Judge, John W. Holcomb

G-01 ORDER (02/24)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY