ALISON S. FLOWERS, CA Bar No. 271309
alison.flowers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:  415-442-4810
Facsimile:   415-442-4870

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC, RISC POINT ASSURANCE, LTD, RISC POINT HOLDINGS, INC., and JACOB NIX

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY FRAGALE, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:25-cv-00994 JWH (ADSx)<br><br>**NOTICE OF ERRATA RE: JOINT STIPULATION FOR PLAINTIFF'S DEFENSE MENTAL EXAMINATION** |

-1-
NOTICE OF ERRATA RE: JOINT STIPULATION FOR PLAINTIFF'S DEFENSE MENTAL EXAMINATION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Defendants file this Notice of Errata to correct an error in the Exhibit A (ECF No. 89-1) to the Joint Status Report (ECF No. 88) filed on November 19, 2025. In this filing Defendants mistakenly filed a version of Exhibit A with the interlineated language or redlines removed. However, the interlineated language reflects the areas where the parties request the Court's assistance. Accordingly, the correct version of Exhibit is filed simultaneously with this Notice of Errata.

Respectfully submitted

DATED: November 20, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Alison S. Flowers
ALISON S. FLOWERS
Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC, RISC POINT ASSURANCE, LTD, RISC POINT HOLDINGS, INC., and JACOB NIX

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Alison S. Flowers, hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

DATED: November 20, 2025                          */s/Alison S. Flowers*
                                                  Alison S. Flowers

# PROOF OF SERVICE
*Fragale v. RISC Point Advisory Group LLC, et al.*
Case No. 8:25-cv-00994 JWH (ADSx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On November 20, 2025, I served the following document(s):

**JOINT STATUS REPORT RE DEFENDANT'S MOTION TO COMPEL EXAMINATION OF PLAINTIFF**

To the person(s) by the method(s) indicated:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 20, 2025, at San Diego, California.

*Pamela Blanton*
Pamela Blanton

PROOF OF SERVICE

**SERVICE LIST**

| | |
|---|---|
| Ruben D. Escalante, Esq.<br>Robert A. Escalante, Esq.<br>ACLIENT PC<br>440 N. Barranca Ave PMB 9496<br>Covina, CA 91723<br>Tel: (310) 431-9687<br>Email: ruben@aclientpc.com | Attorneys for Plaintiff ASHLEY FRAGALE |
| Jeff T. Tolsen, Esq.<br>OLSEN WORKPLACE SOLUTIONS PC<br>18012 Cowan, Suite 200<br>Irvine, CA 92614<br>Tel: (949) 232-0455<br>Email: jeff@olsenws.com | Attorneys for Plaintiff ASHLEY FRAGALE |
| Richard D. Marca, Esq.<br>VARNER & BRANDT LLP<br>3750 University Avenue, Suite 610<br>Riverside, CA 92501-3323<br>Tel: (951) 274-7777<br>Email: richard.marca@varnerbrandt.com | Attorneys for Plaintiff ASHLEY FRAGALE |