UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>    Plaintiff,<br><br>    v.<br><br>RISC POINT ADVISORY GROUP LLC;<br>RISC POINT ASSURANCE, LTD;<br>RISC POINT HOLDINGS, INC.;<br>JACOB NIX; and<br>DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:25-cv-00994-ADSx<br><br>**ORDER RE APPLICATION FOR WITHDRAWAL AND REQUEST FOR SUBSTITUTION [ECF No. 83]** |

The Court has considered the Stipulation re Application for Withdrawal and Request for Substitution submitted by Plaintiff Ashley Fragale and Defendants RISC Point Advisory Group LLC; RISC Point Assurance, Ltd; RISC Point Holdings, Inc.; and Jacob Nix (collectively, "<u>Defendants</u>").[1] For good cause shown, the Court hereby **ORDERS** as follows:

1. The Parties may take depositions on or before December 19, 2025, to the extent that such depositions were and are timely noticed pursuant to the Court's July 14, 2025, Scheduling Order.[2]

2. On or before December 1, 2025, Defendants will provide dates certain for the depositions of the following individuals, as previously noticed by Fragale, which shall occur by December 19, 2025, unless mutually agreed by all counsel: Jacob Nix, Matt Drewyor, Allison Baily, Tony Bai, Chad Gross, and the Person Most Qualified.

3. The discovery motion cutoff is **EXTENDED** to January 9, 2026.

4. The discovery cutoff is **EXTENDED** to January 9, 2026, but only as to discovery timely served and initiated pursuant to the Court's Scheduling Order. That is, discovery that was served in violation of the Court's Scheduling Order is not valid or extended by this Order.

5. The Parties will submit their discovery disputes regarding Defendants' responses to Fragale's Requests for Production and Requests for Admission to the Informal Discovery Conference procedure, without prejudice to any party proceeding with a Motion to Compel pursuant to L.R. 37.

---

[1] Stipulation re Application for Withdrawal and Request for Substitution [ECF No. 83].

[2] Scheduling Order [ECF No. 20].

6.    The Parties extend their respective discovery that was due on November 17, 2025, to November 19, 2025.

**IT IS SO ORDERED.**

Dated: November 19, 2025

*[signature]*

John W. Holcomb
UNITED STATES DISTRICT JUDGE