UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-00994-JWH (ADSx) | Date | December 5, 2025 |
| Title | *Ashley Fragale v. RISC Point Assurance, et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Ruben Escalante | Sue J. Noh |
| Jeff T. Olsen | |

**Proceedings:** **HEARING RE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [49]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. Plaintiff's Motion for Leave to File First Amended Complaint [ECF No. 49] is **GRANTED**.

2. Plaintiff is **GRANTED** leave to file a First Amended Complaint no later than December 8, 2025. As with any amended pleading in this Court, Plaintiff must also concurrently file a redlined version of her amended complaint as a Notice of Revisions to Complaint, which compares—in redline form—her amended pleading with her previous pleading.

3. If Plaintiff timely files a First Amended Complaint, then Defendants are **DIRECTED** to file their respective responses thereto no later than December 22, 2025.

Time:  00:58
Initials of Preparer: cla

  4. If Plaintiff timely files a First Amended Complaint, then the discovery cutoff and the discovery motion cutoff are **EXTENDED** to February 6, 2026, but only with respect to the new allegations and claim in the First Amended Complaint.

  5. If Plaintiff timely files a First Amended Complaint, then each side is limited to the following discovery devices to investigate the new allegations and claim in the First Amended Complaint and defenses thereto:

    a. 10 requests for production;

    b. 5 interrogatories; and

    c. the reopened deposition of Mr. Hibbler.

  6. The parties are **DIRECTED** to file their respective responses to written discovery within 14 days.

  7. If Plaintiff timely files a First Amended Complaint, and if any party seeks discovery regarding the new allegations and claim in the First Amended Complaint or defenses thereto beyond those discovery devises specified in Paragraph 5 above, then that party is **DIRECTED** to seek appropriate relief from the presiding Magistrate Judge.

  **IT IS SO ORDERED.**

Time: <u>00:58</u>
Initials of Preparer: cla