UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 8:25-00994 JWH (ADSx)                    Date: December 8, 2025

Title: *Ashley Fragale v. RISC Point Advisory Group LLC, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING REQUEST FOR INFORMAL DISCOVERY CONFERENCE AND REQUIRING SUPPLEMENTAL BRIEFS**

The Parties submitted a request for an informal discovery conference regarding Plaintiff's Motion to Compel Compliance and Production of Documents (Dkt. No. 71). The Court finds the matter is more suitable for hearing, which is set for December 17, 2025. The request is denied.

The Parties are ordered to file supplemental briefs no longer than two pages each by no later than December 12, 2025. The supplemental briefs must identify any resolved issues and what issues remain.

**IT IS SO ORDERED.**

Initials of Clerk kh