# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley Fragale<br><br>Plaintiff(s)<br>v.<br><br>RISC Point Advisory Group, LLC, et al.<br><br>Defendant(s) | CASE NUMBER:<br>8:25-cv-00994-JWH-ADSx<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE RE RFAs |

The parties have requested an informal discovery conference with Magistrate Judge                         .
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required        ☒ Hearing Required.
                             ☐ In-Person Court Hearing
                             ☐ Video Conference
                             ☒ Telephonic

Magistrate Judge: Autumn D. Spaeth

Date/Time: December 11, 2025 at 10:00 AM

Courtroom: Telephonic (Call information will be provided by separate email).

Other:

Dated: 12/08/2025                By: K. Hopkins
                                    Deputy Clerk