# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley Fragale<br><br>Plaintiff(s)<br>v.<br><br>RISC Point Advisory Group, LLC, et al.<br><br>Defendant(s) | CASE NUMBER:<br>8:25-cv-00994-JWH-ADSx<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE RE RFP SET TWO |

The parties have requested an informal discovery conference with Magistrate Judge _____ . Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required.
　　　　　　　　　　　　　☐ In-Person Court Hearing
　　　　　　　　　　　　　☐ Video Conference
　　　　　　　　　　　　　☒ Telephonic

Magistrate Judge: Autumn D. Spaeth

Date/Time: December 11, 2025 at 10:00 AM

Courtroom: Telephonic (Call information will be provided by separate email).

Other:

Dated: 12/08/2025                By: K. Hopkins
                                     Deputy Clerk