ALISON S. FLOWERS, CA Bar No. 271309
alison.flowers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-442-4810
Facsimile: 415-442-4870

SUE J. NOH, CA Bar No. 192134
sue.noh@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC, RISC POINT ASSURANCE, LTD, RISC POINT HOLDINGS, INC., and JACOB NIX

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant. | Case No. 8:25-cv-00994 JWH<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]**<br><br>**DEFENDANTS' SUPPLEMENTAL REPORT RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Complaint Filed: April 14, 2025<br>Removal Filed: May 7, 2025<br>Trial Date: April 13, 2026 |

Pursuant to the Court's order, dated December 8, 2025, Defendants RISCPoint Advisory Group LLC, RISCPoint Assurance Ltd, RISCPoint Holdings, Inc., and Jacob Nix ("Defendants") provide the following supplemental brief.

As prior counsel previously advised they would do so, Defendants produced Plaintiff's email messages on October 9, 2025 (over 32,000 pages of documents).

As also advised by prior counsel, the volume of emails is 13.6 GB of emails, representing approximately 41,882 documents. (Dckt. No. 43.) The reported volume of Slack messages remains unchanged at 27 Gigabytes of Slack instant messages constituting approximately 246,961 documents. The parties continue to need to reduce the amount of irrelevant ESI in order to facilitate the review and production of ESI. As it stands now, the review and production of the amount of ESI picked up with the current protocol is grossly burdensome and oppressive to Defendants.

In addition, a remaining issue will need to be decided as to the form of production. The industry protocol is to produce ESI in "tiff" format, rather than natives or even PDFs because native files can be altered. If requested, Defendants' ESI vendor may be able to join the hearing by phone or other remote method to assist the Court in its determination.

DATED: December 12, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Alison S. Flowers
ALISON S. FLOWERS
SUE J. NOH
Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC, RISC POINT ASSURANCE, LTD, RISC POINT HOLDINGS, INC., and JACOB NIX