UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-00994 JWH (ADSx)　　　　　　　　　　Date: December 15, 2025

Title: *Ashley Fragale v. RISC Point Advisory Group LLC, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 71)**

　　　On its own motion, the Court continues the December 17, 2025 hearing on Plaintiff's Motion to Compel Compliance and Production of Documents to December 30, 2025 at 10:00 a.m. The Parties are ordered to file supplemental briefs no longer than two pages by no later than December 23, 2025, identifying any resolved issues and what issues remain.

　　　**IT IS SO ORDERED.**

Initials of Clerk kh