Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]**<br><br>**STIPULATION RE DEPOSITIONS NOTICED BY PLAINTIFF** |

**STIPULATION RE DEPOSITIONS NOTICED BY PLAINTIFF**

TO THE HONORABLE COURT:

Plaintiff ASHLEY FRAGALE ("Plaintiff") and Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on November 20, 2025, the Court ordered that certain depositions of Defendants, including but not limited to Allison Laurence Bailey, William "Tony" Bai, and Chad Gross, be taken by December 19, 2025, unless mutually agreed by all counsel [ECF No. 94];

WHEREAS, the depositions of Ms. Bailey, Mr. Bai, and Mr. Gross were timely initiated by Plaintiff, but were unable to be completed due to discovery disputes that currently exist between the Parties about these depositions;

WHEREAS, the Parties have met and conferred and have agreed to certain isolated terms in an attempt to resolve the Parties' discovery disputes; and

WHEREAS, the Parties request the Court enter the order to resolve this discovery dispute;

The Parties Stipulate and request an Order as follows:

1. The deposition of Ms. Bailey shall be continued, as previously noticed by Plaintiff, on either December 23, 2025 or by January 9, 2026, if mutually agreed by all counsel;

2. The deposition of Mr. Bai shall be continued, as previously noticed by Plaintiff, on either December 23, 2025 or by January 9, 2026, if mutually agreed by all counsel;

3. The deposition of Mr. Gross shall be continued, as previously noticed by Plaintiff on January 7, 2026 or by January 9, 2026, if mutually agreed by all counsel;

4. Attorney Alison Flowers shall defend the deposition of Mr. Gross.

5. Ahead of the continued depositions of Ms. Bailey, Mr. Bai, Mr. Gross, and Jacob Nix, each deponent will be required to perform a diligent search and reasonable inquiry of all sources within their possession, custody, and control, including but not limited to their respective personal and work devices and systems (including but limited to personal and company cell phones, computers, laptops, iPads, electronic devices, storage devices, emails, text messages, pictures, videos, Slack messages, Signal messages, Teams chats, and other electronic messages and communications) to compile responsive documents for production previously set forth in the most recent Notice of Deposition, whether or not such responsive documents otherwise belong to a corporate defendant or third party.

6. The Court's Order ECF No. 94 remains unchanged.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: December 15, 2025

Respectfully submitted,
ACLIENT PC

By: ____/s/_____
    RUBEN D. ESCALANTE
    Attorney for Plaintiff
    ASHLEY FRAGALE

Date: December 15, 2025

Respectfully submitted,
OGLETREE DEAKINS

By: _/s/ Alison S. Flowers (via email authorization)_____
    ALISON S. FLOWERS
    Attorney for Defendants
    RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

**STIPULATION RE DEPOSITIONS NOTICED BY PLAINTIFF**

# PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On December 15, 2025, I served copies of the within documents described as:

**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]**

**STIPULATION RE DEPOSITIONS NOTICED BY PLAINTIFF**

on the interested parties in this action as follows:

**See attached Service List**

[x]    BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on December 15, 2025.

_____
Ruben Escalante

**SERVICE LIST**

Alison S. Flowers
Sue Noh
Ogletree Deakins
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-536-3442
alison.flowers@ogletree.com
sue.noh@ogletree.com


Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

**STIPULATION RE DEPOSITIONS NOTICED BY PLAINTIFF**