1  Ruben D. Escalante (Cal. Bar No. 244596)
2  Robert A. Escalante (Cal. Bar No. 270629)
   ACLIENT PC
3  440 N Barranca Ave PMB 9496
   Covina, California 91723
4  Telephone: (310) 431-9687
5  Email: ruben@aclientpc.com

6
   Attorneys for Plaintiff
7  ASHLEY FRAGALE

8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| ASHLEY FRAGALE, | Case No.: 8:25-cv-00994 JWH (ADSx) |
| Plaintiffs, | **[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]** |
| vs. | |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive, | **[PROPOSED] ORDER ON STIPULATION RE DEPOSITIONS NOTICED BY PLAINTIFF** |
| Defendants. | |

**[PROPOSED] ORDER**

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has considered the **STIPULATION RE DEPOSITIONS NOTICED BY PLAINTIFF** submitted by Plaintiff ASHLEY FRAGALE ("Plaintiff") and Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants"), by and through their counsel of record:

**FOR GOOD CAUSE SHOWN,** the Court Orders as follows:

1. The deposition of Ms. Bailey shall be continued, as previously noticed by Plaintiff, on either December 23, 2025 or by January 9, 2026, if mutually agreed by all counsel;

2. The deposition of Mr. Bai shall be continued, as previously noticed by Plaintiff, on either December 23, 2025 or by January 9, 2026, if mutually agreed by all counsel;

3. The deposition of Mr. Gross shall be continued, as previously noticed by Plaintiff on January 7, 2026 or by January 9, 2026, if mutually agreed by all counsel;

4. Attorney Alison Flowers shall defend the deposition of Mr. Gross.

5. Ahead of the continued depositions of Ms. Bailey, Mr. Bai, Mr. Gross, and Jacob Nix, each deponent will be required to perform a diligent search and reasonable inquiry of all sources within their possession, custody, and control, including but not limited to their respective personal and work devices and systems (including but limited to personal and company cell phones, computers, laptops, iPads, electronic devices, storage devices, emails, text messages, pictures, videos, Slack messages, Signal messages, Teams chats, and other electronic messages and communications) to compile responsive documents for production previously set forth in the most recent Notice of Deposition, whether or

**[PROPOSED] ORDER**

not such responsive documents otherwise belong to a corporate defendant or third party.

6. The Court's Order ECF No. 94 remains unchanged.

**IT IS SO ORDERED**

Dated:_____

_____
HONORABLE AUTUMN D. SPAETH
United States District Judge

# PROOF OF SERVICE

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On December 15, 2025, I served copies of the within documents described as:

**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]**

**[PROPOSED] ORDER ON STIPULATION RE DEPOSITIONS NOTICED BY PLAINTIFF**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on December 15, 2025.

_____
Ruben Escalante

**[PROPOSED] ORDER**

**SERVICE LIST**

Alison S. Flowers
Sue Noh
Ogletree Deakins
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-536-3442
alison.flowers@ogletree.com
sue.noh@ogletree.com


Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

**[PROPOSED] ORDER**