1  ALISON S. FLOWERS, CA Bar No. 271309
alison.flowers@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
3  One Embarcadero Center, Suite 900
San Francisco, CA  94111
4  Telephone:  415-442-4810
Facsimile:   415-442-4870
5
6  Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC, RISC
7  POINT ASSURANCE, LTD, RISC POINT
HOLDINGS, INC., and JACOB NIX
8

9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11

12  ASHLEY FRAGALE, an individual,          Case No. 8:25-cv-00994 JWH

13          Plaintiff,                      **[DISCOVERY DOCUMENT:
                                            REFERRED TO MAGISTRATE
14      v.                                  JUDGE AUTUMN D. SPAETH]**

15  RISC POINT ADVISORY GROUP              **JOINT SUPPLEMENTAL BRIEF RE
    LLC; RISC POINT ASSURANCE,            MOTION TO COMPEL
16  LTD; RISC POINT HOLDINGS, INC.;       PRODUCTION OF DOCUMENTS**
    JACOB NIX; AND DOES 1
17  THROUGH 10, INCLUSIVE,                Date:         December 30, 2025
18                                        Time:         10:00 a.m.
            Defendant.                    Courtroom:    6B
19
                                          Complaint Filed: April 14, 2025
20                                        Removal Filed:   May 7, 2025
                                          Trial Date:      April 13, 2026
21
                                          Judge:        Hon. John H. Holcomb
22

23

24

25

26

27

28

1    SUE J. NOH, CA Bar No. 192134
     sue.noh@ogletree.com
2    OGLETREE, DEAKINS, NASH, SMOAK &
     STEWART, P.C.
3    Park Tower, Fifteenth Floor
     695 Town Center Drive
4    Costa Mesa, CA  92626
     Telephone:   714-800-7900
5    Facsimile:    714-754-1298

6
     Attorneys for Defendants
7    RISC POINT ADVISORY GROUP LLC, RISC
     POINT ASSURANCE, LTD, RISC POINT
8    HOLDINGS, INC., and JACOB NIX

9    RUBEN D. ESCALANTE (SBN: 244596)
     ruben@aclientpc.com
10   ROBERT A. ESCALANTE (SBN: 270629)
     robert@aclientpc.com
11   A CLIENT PC
     440 N Barranca Ave PMB 9496
12   Covina, California 91723
     Telephone: (310) 431-9687
13
14   JEFF T. OLSEN (SBN: 283249)
     jeff@olsenws.com
15   OLSEN WORKPLACE SOLUTIONS PC
     18012 Cowan, Ste 200
16   Irvine, CA 92614
     Telephone: (949) 232-0455
17
18   Attorneys for Plaintiff
     ASHLEY FRAGALE

19

20

21

22

23

24

25

26

27

28

1        Pursuant to the Court's order, dated December 15, 2025, Plaintiff Ashley

2 Fragale and Defendants RISCPoint Advisory Group LLC, RISCPoint Assurance Ltd,

3 RISCPoint Holdings, Inc., and Jacob Nix provide the following joint supplemental

4 brief.

5        On December 16, 2025, the parties attended mediation and entered into a

6 Memorandum of Understanding ("MOU") for settlement of this matter.  Under the

7 MOU, the parties have fifteen (15) days to finalize a long-form settlement agreement

8 and are working to that end.  The parties have also entered into an informal agreement

9 regarding staying discovery pending the finalization of the long-form agreement.

10 Thus, the parties request that this Court continue the hearing on December 30, 2025 to

11 January 7, 2026, and be ordered to provide supplemental briefing on or before January

12 2, 2026.

13

14 DATED:  December 23, 2025       OGLETREE, DEAKINS, NASH, SMOAK &
                                   STEWART, P.C.

15

16

17                                By:  /s/ Alison S. Flowers

18                                    ALISON S. FLOWERS
                                   SUE J. NOH

19                                    Attorneys for Defendants
                                   RISC POINT ADVISORY GROUP LLC,

20                                    RISC POINT ASSURANCE, LTD,
                                   RISC POINT HOLDINGS, INC., and

21                                    JACOB NIX

22 DATED:  December 23, 2025          ACLIENT PC

23

24

25                                By:  /s/ Ruben D. Escalante
                                   Ruben D. Escalante

26                                    Robert A. Escalante
                                   Attorneys for Plaintiff

27                                    ASHLEY FRAGALE

28

1

**FILER'S ATTESTATION**

2      Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Alison S.

3   Flowers, hereby attests that concurrence in the filing of this document and its content

4   has been obtained by all signatories listed.

5

6   DATED: December 23, 2025              */s/Alison S. Flowers*
                                          Alison S. Flowers

7                                                        93922182.v1-OGLETREE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28