ALISON S. FLOWERS, CA Bar No. 271309
alison.flowers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:  415-442-4810
Facsimile:   415-442-4870

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC, RISC
POINT ASSURANCE, LTD, RISC POINT
HOLDINGS, INC., and JACOB NIX

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant. | Case No. 8:25-cv-00994 JWH<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]**<br><br>**JOINT SUPPLEMENTAL BRIEF RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:          December 30, 2025<br>Time:         10:00 a.m.<br>Courtroom: 6B<br><br>Complaint Filed: April 14, 2025<br>Removal Filed:  May 7, 2025<br>Trial Date:           April 13, 2026<br><br>Judge:         Hon. John H. Holcomb |

1  SUE J. NOH, CA Bar No. 192134
   sue.noh@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
3  Park Tower, Fifteenth Floor
   695 Town Center Drive
4  Costa Mesa, CA  92626
   Telephone:   714-800-7900
5  Facsimile:    714-754-1298

6
   Attorneys for Defendants
7  RISC POINT ADVISORY GROUP LLC, RISC
   POINT ASSURANCE, LTD, RISC POINT
8  HOLDINGS, INC., and JACOB NIX

9  RUBEN D. ESCALANTE (SBN: 244596)
   ruben@aclientpc.com
10 ROBERT A. ESCALANTE (SBN: 270629)
   robert@aclientpc.com
11 A CLIENT PC
   440 N Barranca Ave PMB 9496
12 Covina, California 91723
   Telephone: (310) 431-9687
13

14 JEFF T. OLSEN (SBN: 283249)
   jeff@olsenws.com
15 OLSEN WORKPLACE SOLUTIONS PC
   18012 Cowan, Ste 200
16 Irvine, CA 92614
   Telephone: (949) 232-0455
17

18 Attorneys for Plaintiff
   ASHLEY FRAGALE
19

20

21

22

23

24

25

26

27

28

                                                                1                      Case No. 8:25-cv-00994 JWH
   JOINT SUPPLEMENTAL BRIEF RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to the Court's order, dated December 29, 2025, Plaintiff Ashley Fragale and Defendants RISCPoint Advisory Group LLC, RISCPoint Assurance Ltd, RISCPoint Holdings, Inc., and Jacob Nix provide the following joint supplemental brief.

The parties have settled this matter and will be filing closing documents with the Court in the near future. Thus, the parties request that the Motion to Compel Compliance be taken off-calendar.

DATED: January 2, 2026            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Alison S. Flowers
ALISON S. FLOWERS
SUE J. NOH
Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC,
RISC POINT ASSURANCE, LTD,
RISC POINT HOLDINGS, INC., and
JACOB NIX

DATED: January 2, 2026            ACLIENT PC

By: /s/ Ruben D. Escalante
Ruben D. Escalante
Robert A. Escalante
Attorneys for Plaintiff
ASHLEY FRAGALE

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Alison S. Flowers, hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

DATED: January 2, 2026              /s/*Alison S. Flowers*
                                    Alison S. Flowers