Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**STIPULATION FOR INJUNCTIVE RELIEF**<br><br>[[Proposed] Order Filed Concurrently Herewith] |

TO THE HONORABLE COURT:

Plaintiff ASHLEY FRAGALE ("Plaintiff") and Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants") (Plaintiff and Defendants shall be collectively referred to as the "Parties"), by and through their counsel of record, hereby Stipulate as follows:

Whereas the Parties entered into a **CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS** (the "Agreement"), dated December 26, 2025;

Whereas the Agreement provides for a stipulated Request for Injunctive Relief, Consent Decree, and/or Other Appropriate Relief regarding the destruction of all photographs, videos, and depictions of Plaintiff;

Whereas Plaintiff claims that Defendants are in possession of "intimate visual depictions" of Plaintiff, as defined by 15 U.S.C. § 6851(a)(5) in violation of 15 U.S.C. § 6851(b)(1)(A), which claim Defendants deny; and

Whereas retention of any such depictions would infringe on Plaintiff's rights;

The Parties Stipulate and request and Order as follows:

1. Plaintiff claims that Defendants are in possession of "intimate visual depictions" of Plaintiff, as defined by 15 U.S.C. § 6851(a)(5) in violation of 15 U.S.C. § 6851(b)(1)(A), which claim Defendants deny;
2. Defendants shall permanently delete and destroy any and all photographs, videos, and depictions of Plaintiff that are within Defendants' and their counsels' (past and present) possession, custody, and/or control, including but not limited to Defendant Jacob Nix, Matt Drewyor, any executive, officer, director, agent, affiliate, and/or owner of any of the corporate Defendants.

/ / /

/ / /

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: January 2, 2026

Respectfully submitted,
ACLIENT PC

By: _____
   RUBEN D. ESCALANTE
   Attorney for Plaintiff
   ASHLEY FRAGALE

Date: January 2, 2026

Respectfully submitted,
OGLETREE DEAKINS
      /s/ (via email authorization)
By: _____
   ALISON S. FLOWERS
   Attorney for Defendants
   RISC POINT ADVISORY GROUP
   LLC; RISC POINT ASSURANCE,
   LTD; RISC POINT HOLDINGS, INC.;
   JACOB NIX

**PROOF OF SERVICE**

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On January 2, 2026, I served copies of the within documents described as:

**STIPULATION FOR INJUNCTIVE RELIEF**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on January 2, 2026.

_____
Ruben Escalante

**STIPULATION FOR INJUNCTIVE RELIEF**

**SERVICE LIST**

Alison S. Flowers
Sue Noh
Ogletree Deakins
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-536-3442
alison.flowers@ogletree.com
sue.noh@ogletree.com

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

**STIPULATION FOR INJUNCTIVE RELIEF**