Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR INJUNCTIVE RELIEF** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 2, 2026, Plaintiff Ashley Fragale, and Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants") (Plaintiff and Defendants shall be collectively referred to as the "Parties"), submitted a Stipulation for Injunctive Relief. Upon consideration thereof, the Court hereby ORDERS as follows:

1. Plaintiff claims that Defendants are in possession of "intimate visual depictions" of Plaintiff, as defined by 15 U.S.C. § 6851(a)(5) in violation of 15 U.S.C. § 6851(b)(1)(A), which claim Defendants deny;

2. Defendants shall permanently delete and destroy any and all photographs, videos, and depictions of Plaintiff that are within Defendants' and their counsels' (past and present) possession, custody, and/or control, including but not limited to Defendant Jacob Nix, Matt Drewyor, any executive, officer, director, agent, affiliate, and/or owner of any of the corporate Defendants.

**IT IS SO ORDERED.**

Dated: _____        _____

The Honorable John W. Holcomb
United States District Judge

**PROOF OF SERVICE**

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On January 2, 2026, I served copies of the within documents described as:

**[PROPOSED] ORDER ON STIPULATION FOR INJUNCTIVE RELIEF**

on the interested parties in this action as follows:

**See attached Service List**

[x]   BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on January 2, 2026.

_____
Ruben Escalante

**[PROPOSED] ORDER ON STIPULATION FOR INJUNCTIVE RELIEF**

## SERVICE LIST

Alison S. Flowers
Sue Noh
Ogletree Deakins
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-536-3442
alison.flowers@ogletree.com
sue.noh@ogletree.com

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

[PROPOSED] ORDER ON STIPULATION FOR INJUNCTIVE RELIEF