UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  8:25-00994 JWH (ADSx)                           Date:  January 5, 2026

Title:  *Ashley Fragale v. RISC Point Advisory Group LLC, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |               None Reported               |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER REGARDING PLAINTIFF'S
MOTION TO COMPEL (Dkt. No. 71)**

     Before the Court is Plaintiff's Motion to Compel Compliance and Production of
Documents (the "Motion"). (Dkt. No. 71.) On January 2, 2026, the Parties filed a Joint
Supplemental Brief, stating they "have settled this matter and will be filing closing
documents with the Court in the near future." (Dkt. No. 114.) The Parties request the
hearing on the Motion be taken off calendar. (Id.) Accordingly, the hearing set for
January 7, 2026 is vacated.

     **IT IS SO ORDERED.**

Initials of Clerk kh