1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>    Plaintiff,<br><br>    vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**ORDER ON STIPULATION FOR INJUNCTIVE RELIEF** |

On January 2, 2026, Plaintiff Ashley Fragale, and Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants") (Plaintiff and Defendants shall be collectively referred to as the "Parties"), submitted a Stipulation for Injunctive Relief. Upon consideration thereof, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. Plaintiff claims that Defendants are in possession of "intimate visual depictions" of Plaintiff, as defined by 15 U.S.C. § 6851(a)(5) in violation of 15 U.S.C. § 6851(b)(1)(A), which claim Defendants deny.

2. Defendants shall permanently delete and destroy any and all photographs, videos, and depictions of Plaintiff that are within Defendants' and their counsels' (past and present) possession, custody, or control, including but not limited to Defendant Jacob Nix, Matt Drewyor, any executive, officer, director, agent, affiliate, or owner of any of the corporate Defendants.

**IT IS SO ORDERED.**

Dated: January 5, 2026

_____
The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER ON STIPULATION FOR INJUNCTIVE RELIEF**