Ruben D. Escalante (Cal. Bar No. 244596)
Robert A. Escalante (Cal. Bar No. 270629)
ACLIENT PC
440 N Barranca Ave PMB 9496
Covina, California 91723
Telephone: (310) 431-9687
Email: ruben@aclientpc.com

Attorneys for Plaintiff
ASHLEY FRAGALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRAGALE,<br><br>                           Plaintiffs,<br><br>        vs.<br><br>RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive,<br><br>                           Defendants. | Case No.: 8:25-cv-00994 JWH (ADSx)<br><br>**REQUEST FOR DISMISSAL**<br><br>[[Proposed] Order Filed Concurrently Herewith] |

**REQUEST FOR DISMISSAL**

TO THE HONORABLE COURT:

Plaintiff ASHLEY FRAGALE ("Plaintiff"), submits this Request for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), with the approval of and Stipulation by Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants") (Plaintiff and Defendants shall be collectively referred to as the "Parties"), by and through their counsel of record, as follows:

Plaintiff hereby requests and Defendants agree that the Court dismiss this Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), on the following conditions:

1. That the Court retain jurisdiction to enforce the **CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS** (the "Agreement") entered into by the Parties, dated December 26, 2025, including but not limited to continuing jurisdiction to enter and enforce the Parties Request for Injunctive Relief, Consent Decree, and/or Other Appropriate Relief regarding the destruction of all photographs, videos, and depictions of Plaintiff;

2. That the Court's Order of Dismissal incorporates the terms of this settlement and a provision expressly retaining such jurisdiction, including but not limited to express reference to Injunctive Relief, Consent Decree, and/or Other Appropriate Relief regarding the destruction of all photographs, videos, and depictions of Plaintiff and terms that meet the requirements of Federal Rule of Civil Procedure 65(d) in substantially similar form as follows: "Whereas Plaintiff claims that Defendants are in possession of 'intimate visual depictions' of Plaintiff, as defined by 15 U.S.C. § 6851(a)(5) in violation of 15 U.S.C. § 6851(b)(1)(A), which claim Defendants deny, and whereas retention of any such depictions would infringe on Plaintiff's rights, the Court hereby orders Defendants to permanently delete and

1    destroy any and all photographs, videos, and depictions of PLAINTIFF that

2    are within Defendants' and their counsels' (past and present) possession,

3    custody, and/or control, including but not limited to Defendant Jacob Nix,

4    Matt Drewyor, any executive, officer, director, agent, affiliate, and/or owner

5    of any of the corporate Defendants."

6    3.  Each party to bear their respective costs of suit, including attorneys' fees,

7    except as provided in the Agreement.

8    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

9

10    Date: January 6, 2026                        Respectfully submitted,
                                                    ACLIENT PC

11                                                                    /s/
                                                    By:_____

12                                                      RUBEN D. ESCALANTE
                                                        Attorney for Plaintiff
                                                        ASHLEY FRAGALE
13

14    Date: January 6, 2026                        Respectfully submitted,
                                                    OGLETREE DEAKINS

15                                                       /s/ (via email authorization)
                                                    By:_____

16                                                      ALISON S. FLOWERS
                                                        Attorney for Defendants
17                                                      RISC POINT ADVISORY GROUP
                                                        LLC; RISC POINT ASSURANCE,
                                                        LTD; RISC POINT HOLDINGS, INC.;
18                                                      JACOB NIX

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR DISMISSAL**

**PROOF OF SERVICE**

1  I am an active member of the State Bar of California.  I am not a party to the within
2  action.  My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA
   91723.  On January 6, 2026, I served copies of the within documents described as:

3  **REQUEST FOR DISMISSAL**

4  on the interested parties in this action as follows:

5  **See attached Service List**

6  [x]      BY ELECTRONIC/EMAIL - I caused the above document to be delivered
   to the office of the addressee via electronic e-mail. Said document was transmitted
7  to the email address of that office which is listed on the Service List. I did not
   receive, within a reasonable after the transmission, any indication that the
8  transmission was not successful.

9        I certify the foregoing is true and correct.  Executed on January 6, 2026.

10

11                                                                   Ruben Escalante

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR DISMISSAL**

**SERVICE LIST**

Alison S. Flowers
Sue Noh
Ogletree Deakins
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-536-3442
alison.flowers@ogletree.com
sue.noh@ogletree.com


Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD;
RISC POINT HOLDINGS, INC.; JACOB NIX

-1-

**STIPULATION OF DISMISSAL**