| | |
|---|---|
| 1 | Ruben D. Escalante (Cal. Bar No. 244596) |
| | Robert A. Escalante (Cal. Bar No. 270629) |
| 2 | ACLIENT PC |
| | 440 N Barranca Ave PMB 9496 |
| 3 | Covina, California 91723 |
| | Telephone: (310) 431-9687 |
| 4 | Email: ruben@aclientpc.com |
| 5 | Attorneys for Plaintiff |
| | ASHLEY FRAGALE |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASHLEY FRAGALE, | ) | Case No.: 8:25-cv-00994 JWH (ADSx) |
| Plaintiffs, | ) | |
| vs. | ) | **[PROPOSED] ORDER ON REQUEST FOR DISMISSAL** |
| RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX; and DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 6, 2026, Plaintiff Ashley Fragale, with the approval of and Stipulation by Defendants RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX ("Defendants") (Plaintiff and Defendants shall be collectively referred to as the "Parties"), moved the Court for an order to dismiss this Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), on certain following conditions. Upon consideration of the Request for Dismissal, the Court hereby ORDERS as follows:

1. The Court hereby dismisses the Action with prejudice but expressly retains jurisdiction to enforce the **CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS** (the "Agreement") entered into by the Parties, on or about December 26, 2025, which terms are incorporated herein, including but not limited to continuing jurisdiction to enter and enforce the Parties' Request for Injunctive Relief, Consent Decree, and/or Other Appropriate Relief regarding the destruction of all photographs, videos, and depictions of Plaintiff.

2. Whereas Plaintiff claims that Defendants are in possession of "intimate visual depictions" of Plaintiff, as defined by 15 U.S.C. § 6851(a)(5), in violation of 15 U.S.C. § 6851(b)(1)(A), which claim Defendants deny, and whereas retention of any such depictions would infringe on Plaintiff's rights, the Court hereby orders Defendants to permanently delete and destroy any and all photographs, videos, and depictions of PLAINTIFF that are within Defendants' and their counsels' (past and present) possession, custody, and/or control, including but not limited to Defendant Jacob Nix, Matt Drewyor, any executive, officer, director, agent, affiliate, and/or owner of any of the corporate Defendants.

///

///

3. Each party to bear their respective costs of suit, including attorneys' fees, except as provided in the Agreement.

**IT IS SO ORDERED.**

Dated: _____        _____

                                          The Honorable John W. Holcomb
                                          United States District Judge

[PROPOSED] ORDER ON REQUEST FOR DISMISSAL

**PROOF OF SERVICE**

I am an active member of the State Bar of California. I am not a party to the within action. My business address is 440 N. Barranca Ave. PMB 9496, Covina, CA 91723. On January 6, 2026, I served copies of the within documents described as:

**[PROPOSED] ORDER ON REQUEST FOR DISMISSAL**

on the interested parties in this action as follows:

**See attached Service List**

[x]     BY ELECTRONIC/EMAIL - I caused the above document to be delivered to the office of the addressee via electronic e-mail. Said document was transmitted to the email address of that office which is listed on the Service List. I did not receive, within a reasonable after the transmission, any indication that the transmission was not successful.

I certify the foregoing is true and correct. Executed on January 6, 2026.

_____
Ruben Escalante

---

**[PROPOSED] ORDER ON REQUEST FOR DISMISSAL**

## SERVICE LIST

Alison S. Flowers
Sue Noh
Ogletree Deakins
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-536-3442
alison.flowers@ogletree.com
sue.noh@ogletree.com

Attorneys for Defendants
RISC POINT ADVISORY GROUP LLC; RISC POINT ASSURANCE, LTD; RISC POINT HOLDINGS, INC.; JACOB NIX

[PROPOSED] ORDER ON REQUEST FOR DISMISSAL